WINSTON & STRAWN LLP
David Neier (dneier@winston.com)
Carey D. Schreiber (cschreiber@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for the Dormitory Authority
of the State of New York*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                 :
                                                       : Chapter 11
Interfaith Medical Center, Inc.,                       :
                                                       : Case No. 12-48226 (CEC)
                    Debtor.                            :
-------------------------------------------------------x

## NOTICE OF APPEARANCE OF
## THE DORMITORY AUTHORITY OF THE STATE OF NEW YORK,
## REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the Dormitory Authority of the State of New York (the "**Authority**" or "**DASNY**") appears in this proceeding as a creditor and party in interest and requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all papers filed in this proceeding be served on the Authority and their undersigned counsel, Winston & Strawn LLP, at the addresses and to the individuals set forth below:

> David Neier (dneier@winston.com)
> Carey D. Schreiber (cschreiber@winston.com)
> WINSTON & STRAWN LLP
> 200 Park Avenue
> New York, New York 10166-4193
> Telephone: (212) 294-6700
> Facsimile: (212) 294-4700

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the

NY 1533103v5

foregoing request includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, the Authority, the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit shall not waive or otherwise impair or limit the Authority's (a) right to have final orders in non-core matters entered only after de novo review by the District Court, (b) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (d) other rights, claims, actions, defenses, setoffs, or recoupments to which the Authority is or may be entitled under agreements, law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Authority expressly reserves.

Dated: New York, New York
December 03, 2012

        WINSTON & STRAWN LLP

        By:  /s/David Neier
        David Neier (dneier@winston.com)
        Carey D. Schreiber (cschreiber@winston.com)
        200 Park Avenue
        New York, NY 10166-4193
        Telephone: (212) 294-6700
        Facsimile: (212) 294-4700

        Attorneys *for the Dormitory Authority*
        of the State of New York.