**Hearing Date: Dec. 17, 2012**
**Hearing Time: 2:00 p.m.**

ALSTON & BIRD LLP
Martin G. Bunin
Craig E. Freeman
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444

*Proposed Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                      :
In re:                                             :        Chapter 11
                                                      :
INTERFAITH MEDICAL CENTER, INC.,     :        Case No. 12-48226 (CEC)
                                                      :
                            Debtor.            :
                                                      :
---------------------------------------------------------------x

**LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO DEBTOR'S MOTION FOR INTERIM AND FINAL ORDERS
PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AUTHORIZING
<u>DEBTOR TO PAY PREPETITION CLAIMS OF CRITICAL VENDORS</u>**

      The Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Interfaith Medical Center, Inc. (the "<u>Debtor</u>") files this limited objection (this "<u>Limited Objection</u>") to the Debtor's motion for interim and final orders pursuant to section 105(a) of the Bankruptcy Code authorizing the Debtor to pay prepetition claims of critical venders (Docket No. 11; the "<u>Motion</u>").[1] In support of this Limited Objection, the Committee states as follows:

      The Committee requests that language be inserted in the final order on the Motion requiring the Debtor to provide the Committee with advance notice (of at least three business days) of any proposed payments of Critical Vendor Claims and an opportunity for the Committee

---
[1] Capitalized terms not defined herein shall have the meaning set forth in the Motion.

to object thereto. The Committee further requests that the final order on the Motion provide that any objection raised by the Committee to a proposed payment of a Critical Vendor Claim be determined by the Court, absent a consensual resolution, with the proposed payment being held in abeyance until the Court rules on the objection.

WHEREFORE, the Committee respectfully requests that the Court sustain this Limited Objection and grant such other and further relief as the Court deems just and proper.

Dated: December 17, 2012

ALSTON & BIRD LLP

By: /s/ Marty G. Bunin
Martin G. Bunin
Craig E. Freeman
90 Park Avenue
New York, NY 10016
(212) 210-9400
Marty.Bunin@alston.com
Craig.Freeman@alston.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*