LEVY RATNER, P.C.
80 Eighth Avenue, 8th Floor
New York, New York 10011-5126
Tel: 212-627-8100
Fax: 212-627-8182
Suzanne Hepner
Ryan J. Barbur

*Counsel for 1199SEIU United Healthcare Workers East*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

INTERFAITH MEDICAL CENTER, INC.,

                                  Debtor.

Chapter 11

Case No. 12-48226 (CEC)

----------------------------------------------------------------X

**JOINDER OF 1199SEIU UNITED HEALTHCARE WORKERS EAST TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTOR'S MOTION FOR ORDER PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, AUTHORIZING DEBTOR TO EMPLOY AND RETAIN KURRON SHORES OF AMERICA, INC. AS MANAGER FOR THE DEBTOR AND KURRON PERSONNEL AS THE DEBTOR'S SENIOR MANAGEMENT, NUNC PRO TUNC TO THE PETITION DATE**

1199SEIU United Healthcare Workers East ("1199"), a creditor and party-in-interest in the above-captioned bankruptcy, by its undersigned counsel, hereby joins in the Objection filed by the Official Committee of Unsecured Creditors (the "Committee Objection") to the Debtor's Motion for an Order, Pursuant to Section 363 of the Bankruptcy Code, Authorizing Debtor to Employ and Retain Kurron Shares of America, Inc. as Manager for the Debtor and Kurron

Personnel as the Debtor's Senior Management, Nunc Pro Tunc to the Petition Date, and respectfully represents as follows:

## BACKGROUND

1. 1199 is a creditor and party in interest in the Debtor's Chapter 11 case.

2. On December 2, 2012, the Debtor filed its Motion for an Order Pursuant to Section 363 of the Bankruptcy Code, Authorizing Debtor to Employ and Retain Kurron Shares of America, Inc. as Manager for the Debtor and Kurron Personnel as the Debtor's Senior Management, Nunc Pro Tunc to the Petition Date (the "Motion").

3. On January 7, 2013, counsel for the Official Committee of Unsecured Creditors filed the Committee Objection to the Motion.

## JOINDER

4. For all of the reasons set forth in the Committee Objection, this Court should deny the Debtor's Motion.

5. In addition, the Union and its bargaining unit members have no confidence in Kurron's management of the Debtor.

Dated: January 7, 2013
New York, New York

LEVY RATNER, P.C.

By:    /s/ Suzanne Hepner
     Suzanne Hepner
     Ryan J. Barbur
     Attorneys for 1199SEIU United
       Healthcare Workers East
     80 Eighth Avenue Floor 8
     New York, New York 10011
     (212) 627-8100
     (212) 627-8182 (fax)