The Law Offices of Avrum J. Rosen, PLLC
Attorneys for New York State Nurse's Association
38 New Street
Huntington, New York 11743
Avrum J. Rosen
(631) 423-8527

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

      Interfaith Medical Center Inc.,                     Chapter 11
                                                        Case No.: 12-48226-cec

                            Debtor
----------------------------------------------------------x

# JOINDER TO OBJECTIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE TO THE RETENTION OF KURON

The New York State Nurse's Association ("NYSNA"), a creditor and a party in interest in this proceeding, by its counsel, The Law Offices of Avrum J. Rosen, PLLC, Dated: Huntington, New York as and for its Joinder to Objections of the Official Committee of Unsecured Creditors and the Office of the United States Trustee to the Retention of Kuron, respectfully states as follows:

1.     NYSNA as the recognized representative for the Nurses employed at the Debtor joins in the Objections filed by the Committee and the Office of the United States Trustee.

2.     NYSNA reserves the right to supplement and amplify this Objection at the hearing on this matter.

Dated: Huntington, new York
         January 7, 2013

                                                  The Law Offices of Avrum J. Rosen, PLLC
                                                  Attorneys for New York State Nurse's Association

                                   BY:    <u>S/Avrum J. Rosen</u>

Avrum J. Rosen
38 New Street
Huntington, New York 11743
631 423 8527