UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

METROPLEX ON THE ATLANTIC, LLC,         Chapter 11

                                Debtor.         Case No.: 15-42499 (CEC)

-------------------------------------------------------------x

## ORDER APPROVING BIDDING PROCEDURES

Upon the motion (the "Motion") dated December 24, 2015 (the "Motion")[1] of Metroplex on the Atlantic, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor") for entry of an order pursuant to 11 U.S.C. §§ 105(a) and 1142(a) approving certain bidding procedures (the "Bidding Procedures") in connection with the sale of the Debtor's Property; and no opposition having been received with respect to the Motion; and

A hearing having been held on January 6, 2016 (the "Hearing"), at which the Debtor and the Secured Lender appeared by their respective counsel in support of the relief requested in the Motion; and, as set forth on the record at the Hearing, certain modifications to the Bidding Procedures were to be made; and the Court having determined that just cause exists for approval of the Bidding Procedures as modified (the "Modified Bidding Procedures");

NOW, THEREFORE, in consideration of the foregoing, it is hereby

**ORDERED,** that the Modified Bidding Procedures annexed hereto be, and hereby are, approved; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed in the Motion.

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.



**Dated: Brooklyn, New York**
**January 8, 2016**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**