

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

LISA R. DELL
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S TELEPHONE (212) 416-8666

April 29, 2013

**BY HAND and ECF**
Hon. Carla E. Craig
Chief Judge
U.S. Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, N.Y. 11201

> Re: **In Re Interfaith Medical Center**
> **Chapter 11 Case No. 12-48226 (CEC)**

Dear Judge Craig

I write to supplement the *Statement of the New York State Department of Health Regarding The Debtor's Contract with Kurron Shares of America, Inc.* which was filed via ECF on February 4, 2013 [#194], and supplemented by letter dated March, 15, 2013, which was filed via ECF on March 18, 2013 [#328]. Attached is a letter dated April 25, 2013 from the New York State Department of Health to Mr. Albert C. Wiltshire, Chairman of the Board of Interfaith, informing him that the proposed plan of correction dated April 1, 2013 has not been approved.

Very truly yours,

Enid Nagler Stuart

<u>Via email</u>
Alan J. Lipkin, Esq.
Martin G. Bunin, Esq.
David Neier, Esq.
Avrum J. Rosen Esq.
Suzanne Hepner, Esq.
William E. Curtin, Esq.



Nirav R. Shah, M.D., M.P.H.
Commissioner

**NEW YORK**
*state department of*
**HEALTH**

Sue Kelly
Executive Deputy Commissioner

April 25, 2013

Albert C. Wiltshire
Chairman
Board of Directors
Interfaith Medical Center, Inc.
1545 Atlantic Avenue
Brooklyn, New York 11213

Dear Mr. Wiltshire:

    The Department of Health (The Department) has completed a review of the plan of correction dated April 1, 2013 relating to the proposed revisions to the management contract dated November 29, 2012 between Interfaith Medical Center (IMC) and Kurron Shares of America, Inc. (Kurron). The management contract, as revised, is unacceptable because it fails to meet the applicable regulatory requirements as set forth in 10NYCRR 405.3(f). Therefore, the proposed plan of correction is not approved.

    IMC continues to be in violation of 405.3(f)(2) Administration. IMC must immediately submit a plan of correction on or before May 10, 2013, removing Kurron Shares of America, Inc. ("Kurron") from any management role at the facility and assuring that any management functions that may have been performed by Kurron have been delegated by the governing body of Interfaith Medical Center to appropriate employees of Interfaith Medical Center, who shall be paid directly by Interfaith Medical Center and not pursuant to any type of management contract/agreement.

    The Plan of Correction must include an official copy of the Board minutes showing that such actions have been taken. Failure to file a Plan of Correction indicating that these corrective measures have been taken may result in potential enforcement actions.

Sincerely,

Karen Westervelt
Interim Deputy Commissioner
Offices of Primary Care and
Health Systems Management

cc: Patrick Brown, Esq.
    Richard Zahnleuter, Esq.
    Michael Stone, Esq.
    Charles Abel
    Ruth Leslie
    James A. Werking
    John Leech

HEALTH.NY.GOV
facebook.com/NYSDOH
twitter.com/HealthNYGov