Alan J. Lipkin
Shaunna D. Jones
Anna C. Burns
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                          :       Chapter 11
                                                               :
Interfaith Medical Center, Inc.,[1]                            :       Case No. 12-48226 (CEC)
                                                               :
                          Debtor.                              :
-------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING SCHEDULED
## FOR AUGUST 15, 2013 AT 9:30 A.M. (EASTERN TIME)

PLEASE TAKE NOTICE that the hearing on the Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices (the "**Motion**") [Docket No. 602], scheduled for **Thursday, August 15, 2013, at 9:30 a.m.** (prevailing Eastern Time) (the "**Hearing**") before the Honorable Craig E. Craig, United States Bankruptcy Judge in Courtroom 3529 of the United States Bankruptcy Court, 271 Cadman Plaza East – Suite 1595, Brooklyn, New York 11201-1800, has been adjourned to **Monday, August 26, 2013, at 10:00 a.m.** (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that, as so ordered by the Court at the teleconference hearing on August 8, 2013, any objections to the Motion shall be filed on or before **August 19, 2013 at 4:00 p.m.** and shall specifically identify any factual issues asserted in the Motion that are disputed by the objecting party. Any disputed factual issues not so identified shall be deemed undisputed for purposes of the Motion.

PLEASE TAKE FURTHER NOTICE that, as also ordered by the Court at the August 8, 2013 teleconference, any objection to the Motion shall identify any witness that such objecting party intends to call at the Hearing and proffer the testimony to be provided by such witness, and any witness not so identified shall not be permitted to testify and any testimony not so proffered shall not be admissible.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to entry of the order requested in the Motion must be made in writing, state with particularity the grounds therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local

---

[1] The last four digits of the Debtor's federal tax identification number are 6155. The Debtor's mailing address is 1545 Atlantic Avenue, Brooklyn, New York 11213.

Bankruptcy Rules for the Eastern District of New York, be filed electronically in text searchable portable document format (PDF) with the Court by registered users of the Court's case filing system and by all other parties in interest (with a hard-copy delivered directly to the Judge's Chambers), and be served upon: (i) Interfaith Medical Center, 1545 Atlantic Avenue, Brooklyn, NY 11213 (Attn: Patrick Sullivan and Robert Mariani); (ii) counsel for the Debtor, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Alan J. Lipkin, Esq. and Shaunna D. Jones, Esq.); (iii) the Office of the United States Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, NY 11201 (Attn: William E. Curtin, Esq. and Susan D. Golden, Esq.); (iv) counsel to the Dormitory Authority of the State of New York, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4193 (Attn: David Neier, Esq. and Carey D. Schreiber, Esq.); and (v) counsel to the Official Committee of Unsecured Creditors, Alston & Bird LLP, 90 Park Avenue, New York, NY 10016 (Attn: Martin G. Bunin, Esq. and Craig Freeman, Esq.), **so as to be actually received on or before 4:00 p.m. (prevailing Eastern Time) on August 19, 2013.**

Dated: August 8, 2013

                                              WILLKIE FARR & GALLAGHER LLP
                                              *Attorneys for the Debtor and Debtor in Possession*

                                              By: /s/ Alan J. Lipkin
                                                   Alan J. Lipkin
                                                   Shaunna D. Jones
                                                   Anna C. Burns

                                            787 Seventh Avenue
                                            New York, New York 10019
                                            Telephone: (212) 728-8000
                                            Facsimile: (212) 728-8111