UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

In re                                           :        Chapter 11
                                                :
Interfaith Medical Center, Inc.,                :        Case No. 12-48226 (CEC)
                                                :
                                                :
-------------------------------------------------X

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2013 AUG -9  P 2: 35

RECEIVED

## OBJECTIONS

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER
PURSANT TO SECTIONS 105, 363 AND 1108 OF THE BRANKRUPTCY CODE,
AUTHORIZING THE DEBTOR TO IMPLEMENT, IN ACCORDANCE WITH
NEW YORK STATE LAW, A PLAN OF CLOSURE FOR THE DEBTOR'S
HOSPITAL AND CERTAIN AFFILIATED OUTPATIENT CLINICS AND PRACTICES**

- We object this closure plan because it's a conflict of interest that will only benefit the purpose of Kurron Shares of America, Inc. ("Kurron") and its employees. (see exhibit A) Doc 16 Filed 12/02/12.

- We object this closure plan because IMC refuse to accept the terms of a new business relationship with The Brooklyn Hospital Center. (see exhibit B) Doc 602 Filed 07/30/13 Potential New Business Relationship(s).

- We object this closure plan because IMC violates the Office of Health Disparities Prevention (OHDP) by DOH ( see exhibit C) Dept. of Health mandate June 2013.

- We object this closure plan because the outcome will be disastrous to the community and especially life threating emergencies. (see exhibit D)

- We object this closure plan because it will have strong economic effects on the economy by loss of thousands of jobs and businesses.

- We object this closures plan because North, South and Central Brooklyn deserve quality healthcare that will serve their community.

Respectfully submitted

KEEP INTERFAITH MEDICAL CENTER OPEN FOR CARE (SIGNATURE)

Pro Se           August 9, 2013

# Office of Health Disparities Prevention (OHDP)

## Working to ensure high quality, affordable and accessible healthcare for all New Yorkers!

Health disparities are differences in health among groups of people. These differences can include: how frequently a disease affects a group; how many people get sick; or how often the disease causes death.

Some people experience poor health due to life circumstances, discrimination or exclusion. Among them:

- Racial and Ethnic Populations
- Rural Residents
- Women, Children and Senior Citizens
- People with Disabilities
- Lower Socioeconomic Classes (low-income/poor)
- People of Various Religious Groups
- Lesbian, Gay, Bisexual and Transgender Individuals; and
- Individuals and Families Experiencing Mental Illness

"Individuals' health and well-being should not be negatively affected by their race, ethnicity or the community in which they live. Differences in the health of New Yorkers due to these factors are unacceptable. Addressing health disparities and improving public health services for minority populations are key priorities of the Department. Our goal is to assure every New Yorker has access to high-quality health care services."

- Commissioner Nirav R. Shah, M.D., M.P.H.

The Office of Health Disparities Prevention (OHDP) works with individuals, communities, government, and public/private partners. Our goal is to ensure high quality, affordable and accessible health care for all New Yorkers. We are a resource for all of New York State and ultimately want to reach every resident.

The New York State Department of Health's Prevention Agenda, is the state's blueprint for improving the health of its residents through increased emphasis on prevention.

For more information contact the OHDP at (518) 474-2180

Revised: June 2013

EXHIBIT - C

# CMS Service Level by Frequency
## National EMS Database Report Specification

## Purpose

This report provides national information regarding the distribution of cardiac arrest etiologies among EMS attended arrests occurring before or after EMS scene arrival.

## Definitions

1. **CMS Service Level:** CMS Service level definitions are reproduced from: CMS Manual System, Publication 100-02 Medicare Benefit Policy, Centers for Medicare and Medicaid Services (CMS), Department of Health and Humans Services (DHHS), March 30, 2007.

**Basic Life Support (BLS)** - Basic life support (BLS) is transportation by ground ambulance vehicle and the provision of medically necessary supplies and services, including BLS ambulance services as defined by the State. The ambulance must be staffed by an individual who is qualified in accordance with State and local laws as an emergency medical technician-basic (EMT-Basic). These laws may vary from State to State or within a State. For example, only in some jurisdictions is an EMT-Basic permitted to operate limited equipment onboard the vehicle, assist more qualified personnel in performing assessments and interventions, and establish a peripheral intravenous (IV) line.

**Basic Life Support (BLS) - Emergency** - When medically necessary, the provision of BLS services, as specified above, in the context of an emergency response. An emergency response is one that, at the time the ambulance provider or supplier is called, it responds immediately. An immediate response is one in which the ambulance provider/supplier begins as quickly as possible to take the steps necessary to respond to the call.

**Advanced Life Support, Level 1 (ALS1)** - Advanced life support, level 1 (ALS1) is the transportation by ground ambulance vehicle and the provision of medically necessary supplies and services including the provision of an ALS assessment or at least one ALS intervention. An advanced life support (ALS) assessment is an assessment performed by an ALS crew as part of an emergency response that was necessary because the patient's reported condition at the time of dispatch was such that only an ALS crew was qualified to perform the assessment. An ALS assessment does not necessarily result in a determination that the patient requires an ALS level of service. An advanced life support (ALS) intervention is a procedure that is in accordance with State and local laws, required to be done by an emergency medical technician-intermediate (EMT-Intermediate) or EMT-Paramedic.

**Advanced Life Support, Level 1 (ALS1) - Emergency** - When medically necessary, the provision of ALS1 services, as specified above, in the context of an emergency response. An emergency response is one that, at the time the ambulance provider or supplier is

Exhibit - D

called, it responds immediately. An immediate response is one in which the ambulance provider/supplier begins as quickly as possible to take the steps necessary to respond to the call.

**Advanced Life Support, Level 2 (ALS2)** - Advanced life support, level 2 (ALS2) is the transportation by ground ambulance vehicle and the provision of medically necessary supplies and services including (1) at least three separate administrations of one or more medications by intravenous push/bolus or by continuous infusion (excluding crystalloid fluids) or (2) ground ambulance transport, medically necessary supplies and services, and the provision of at least one of the ALS2 procedures listed below: a. Manual defibrillation/cardioversion; b. Endotracheal intubation; c. Central venous line; d. Cardiac pacing; e. Chest decompression; f. Surgical airway; or g. Intraosseous line.

**Paramedic Intercept (PI)** - Paramedic Intercept services are ALS services provided by an entity that does not provide the ambulance transport. This type of service is most often provided for an emergency ambulance transport in which a local volunteer ambulance that can provide only basic life support (BLS) level of service is dispatched to transport a patient. If the patient needs ALS services such as EKG monitoring, chest decompression, or I.V. therapy, another entity dispatches a paramedic to meet the BLS ambulance at the scene or once the ambulance is on the way to the hospital. The ALS paramedics then provide services to the patient. This tiered approach to life saving is cost effective in many areas because most volunteer ambulances do not charge for their services and one paramedic service can cover many communities. Prior to March 1, 1999, Medicare payment could be made for these services, but only when the claim was submitted by the entity that actually furnished the ambulance transport. Payment could not be made directly to the intercept service provider. In those areas where State laws prohibit volunteer ambulances from billing Medicare and other health insurance, the intercept service could not receive payment for treating a Medicare beneficiary and was forced to bill the beneficiary for the entire service. Paramedic intercept services furnished on or after March 1, 1999, may be payable separate from the ambulance transport, subject to the requirements specified below. The intercept service(s) is:

- Furnished in a rural area;
- Furnished under a contract with one or more volunteer ambulance services; and,
- Medically necessary based on the condition of the beneficiary receiving the ambulance service.

In addition, the volunteer ambulance service involved must:

- Meet the program's certification requirements for furnishing ambulance services;
- Furnish services only at the BLS level at the time of the intercept; and,
- Be prohibited by State law from billing anyone for any service.

Finally, the entity furnishing the ALS paramedic intercept service must:

- Meet the program's certification requirements for furnishing ALS services, and,

• Bill all recipients who receive ALS paramedic intercept services from the entity, regardless of whether or not those recipients are Medicare beneficiaries.

For purposes of the paramedic intercept benefit, a rural area is an area that is designated as rural by a State law or regulation or any area outside of a Metropolitan Statistical Area or in New England, outside a New England County Metropolitan Area as defined by the Office of Management and Budget. The current list of these areas is periodically published in the Federal Register.

**Specialty Care Transport (SCT)** - Specialty care transport (SCT) is the interfacility transportation of a critically injured or ill beneficiary by a ground ambulance vehicle, including the provision of medically necessary supplies and services, at a level of service beyond the scope of the EMT-Paramedic. SCT is necessary when a beneficiary's condition requires ongoing care that must be furnished by one or more health professionals in an appropriate specialty area, for example, emergency or critical care nursing, emergency medicine, respiratory care, cardiovascular care, or a paramedic with additional training. The EMT-Paramedic level of care is set by each State. Care above that level that is medically necessary and that is furnished at a level of service above the EMT-Paramedic level of care is considered SCT. That is to say, if EMT-Paramedics - without specialty care certification or qualification - are permitted to furnish a given service in a State, then that service does not qualify for SCT. The phrase "EMT-Paramedic with additional training" recognizes that a State may permit a person who is not only certified as an EMT-Paramedic, but who also has successfully completed additional education as determined by the State in furnishing higher level medical services required by critically ill or critically injured patients, to furnish a level of service that otherwise would require a health professional in an appropriate specialty care area (for example, a nurse) to provide. "Additional training" means the specific additional training that a State requires a paramedic to complete in order to qualify to furnish specialty care to a critically ill or injured patient during an SCT.

**Fixed Wing (FW) Air Ambulance** - Fixed Wing air ambulance is the transportation by a fixed wing aircraft that is certified by the Federal Aviation Administration (FAA) as a fixed wing air ambulance and the provision of medically necessary services and supplies.

**Rotary Wing (RW) Air Ambulance** - Rotor Wing air ambulance is the transportation by a helicopter that is certified by the FAA as a rotary wing ambulance, including the provision of medically necessary supplies and services.

2. **Percentage:** The number of items with a certain characteristic divided by the total number of items in the sample and multiplied by 100. For example, the percentage that represents five out of 20 complaints is 5 divided by 20 x 100, which is 25%.

### Required Data Elements

❋ E05_04: Unit Notified by Dispatch Date/Time
❋ E07_34: CMS Service Level

1. The Unit Notified Date (E05_04) is used to select the records for the Date Range

### Formulas

None

### Exclusions/Limitations

Null values reported for CMS service level may be not included in the national charts or tables. The actual number of excluded cases will vary based upon the date range specified for each chart (see specific chart footer for number of excluded cases).

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|---|---|---|---|---|
| Ronald Adams | | | (718) 622 3720 | ☐ |
| SHAREN Stuckey | | SHAREN 354@AOl.com | 347) 567-8895 | ☑ |
| David Wilso | | | 347. 8582574 | ☐ |
| Marlette Gerald | | Marletablie272506@Gmail.com | 347-314-6813 | ☐ |
| Stacey Nurse | | Stacy.lookedadian | 646 467-32 | ☐ |
| VALARIE LAMBSON | | LAmBse 1209@gmail.com | 347-856-4359 | ☑ |
| BARRY NELSON | | Arnett O | 347-790-6463 | ☐ |
| | | | 347-599-3566 | ☐ |
| | | | 347 469 3422 | ☐ |
| | | | | ☐ |
| Arnett Owen | New York State NURSES ASSOCIATION | 309 Saratoga | (347) 243-3102 | |

# Keep Interfaith Medical Center
# OPEN FOR CARE

We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital. With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Ernst Edouard | | | 3473556493 | ☑ |
| Chupino Rolando | | | 347 430-0647 | ☑ |
| Victoria Green | | | 347-750-5361 | ☑ |
| Rice Marella | | | | ☐ |
| Dean Ivan | | | 347 790-5349 | ☑ |
| Starke DAvon | | | 646-705-3463 | ☑ |
| Yvonne Taylor | | | 615-291-1087 | ☑ |
| Barbara | | | 718 6224426 | ☐ |
| | | | 646-508-2525 | ☐ |
| Vameuya Juan | | | | ☐ |

New York State
NURSES
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Alonso Kess | E.G.F. Sports | WEAR | 718 (347) 640-0769 | ☑ |
| John Reades | | reaves John 43@ yahoo.com | 917-756-0614 | ☑ |
| Charles Antongiorgi | Samuel | Georgina Martin | (718) 857-7300 | ☐ |
| CHEIKHNA O DRAME | | Maribel Sur | | ☐ |
| Condi ammtntosh | | | | ☐ |
| Bestan Shaba | | | | ☐ |
| Jorge Rendell | | | | ☐ |
| Michael DeDo | | | | ☐ |
| Samuel San Chez | | | | ☐ |
| Robert Picone | | | | |

New York State
NURSES
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|------|
| Elaine Edwards | MMTP | None | 718 809-7075 | ☐ |
| paul | | None | 71845341 | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

New York State
NURSES

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
|      |              |       |        | ☐ |
|      |              |       |        | ☐ |
|      |              |       |        | ☐ |
|      |              |       |        | ☐ |
|      |              |       |        | ☐ |
|      |              |       |        | ☐ |
|      |              |       |        | ☐ |
|      |              |       |        | ☐ |
|      |              |       |        | ☐ |
|      |              |       |        | ☐ |

New York State
NURSES

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Maribel Sivrens | | | | ☐ |
| Stephanie Thompson | | | | ☐ |
| ~~Becca Baca~~ | | | | ☐ |
| Fatema | | | | ☐ |
| Minister James Clemons | NEW GREATER JERUSALEM FELLOWSHIP B.C, 237 Rockaway Ave Bklyn, 1123 | JClemons26@yahoo.com | | ☐ |
| Elaine Edwards | MMTP | | (718) 809-7075 | ☐ |
| Samuel Sanchez | | | 347-512-7450 | ☐ |
| Warren Porter | New Greater | | 347-258-6070 | ☐ |
| Robert Smith | | | (347) 777-6981 | ☑ |
| Clinton Leach | | | (646) 925-0428 | ☐ |

New York State
NURSES

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Juan Lorenzo | | | 718-7712699 | ☐ |
| Norma Toussaint | | | 718-485-1451 | ☐ |
| Denese Lowers | | | | ☐ |
| Delores Wallace | | | | ☐ |
| Alphry Ross | | | 718-415-0413 | ☐ |
| Flora Od | | | 646-619-7248 | ☐ |
| James Smith | | | 347-365-6022 | ☐ |
| Hollie Bowman | Interfaith | lkandi92@yahoo | | ☐ |
| Emma Davis | | | 718-778-8911 | ☐ |
| Donna Johnson | Interfaith | | (347) 9408686 | ☐ |

New York State
NURSES

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Petra medero | Petra medero | Pet Medero990L.com | 646-355 | ☐ |
| Juanita Price | | | (347)856-1631 | ☑ |
| Doeinda Artope | Interfaith | Doeindaartope@aol | (347) 627-2669 | ☐ |
| Sharief Muhammad | Biship Walker | | | ☐ |
| Jerome Somerville | Bishop walken | | 347-856-4353 | ☑ |
| Evelyn Godhold | Bishopwalker | | (718) 399-2048 | ☐ |
| Rebecca Marthe | | rebecca.marthe@yahoo.com | (347)651-4831 | ☐ |
| Amal Hashem | | | | ☐ |
| Debra Dunlap | 390 Nostrand Ave | | 347-965-9972 | ☐ |
| Lee Agnes Dunlap | 390 Nostrand Ave | | 718-638-0423 | ☐ |

New York State
**NURSES**

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Ann Andrews | C | | 347-494-9116 | ☐ |
| Regina Andrews | | | 347-494-9116 | ☐ |
| Edwin Lanzo | | | 347-232-8997 | ☑ |
| Ericka Smith | | | 9143463025 | ☑ |
| | | | | ☐ |
| Linda Rey | | | 631-805-6867 | ☐ |
| Dashawn Rowland | | | 917-200-1884 | ☐ |
| Blair Moody | | MOODYBLAIR@GMAIL.COM | 347 683 6128 | ☐ |
| | | | | ☐ |

New York State NURSES ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|---|---|---|---|---|---|
| 1. | Shavenne Miller | Bargin Hunters | Shunter 1870@AOLa | | ☐ |
| 2. | Annie Nelson | Bargin Hunters | | | ☐ |
| 3. | John Mcfee | Alha | LTJA@AOL.Com | 718-399-1800 | ☐ |
| 4. | Louisa Regas | Kings Pharmacy | cargan79la@yahoo.cen | 917-399-2847 | ☐ |
| 5. | Anna Garcia | Kings Pharmacy | | 718-399-1800 | ☐ |
| 6. | Sharon Ramchen | Kings Pharmacy | | 718-399-1800 | ☐ |
| 7. | Josef Y. Marino | Kings Pharmacy | | 1-646-651-6267 | ☐ |
| 8. | Andre L. Thurston | Kings Pharmacy | AThurston44 | 1-917 982-1298 | ☑ |
| 9. | Carla Pascall | Dekalb Library | Karlap-99@yahoo.com | 646-207-9405 | ☐ |
| 10. | Charles Thomas J | Dekalb Library | | 347-677-3573 | ☐ |

New York State
**NURSES**
ASSOCIATION

Page 1

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATE |
|------|--------------|-------|--------|---------------------|
| Basil Baker | Basil Ben | | 347 513-3161 | ☐ |
| Rona Farghueson | Interfaith | Queengirlgreen@aol.com | | ☐ |
| Manette | | | | ☐ |
| Laverne Benn | | | | ☐ |
| HENSON GALLOWAY | INTERFAITH | | 347-653-2626 | ☐ |
| Deborah Wallas | | | | ☐ |
| Debora Barber | Abbat Fields | | | ☐ |
| Jennifer Tucker | '' | | | ☐ |
| | '' | | | ☐ |
| Robert Kirkman | Interfaith | None | 347-661 3921 | ☐ |

New York State
**NURSES**

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|---|---|---|---|---|---|
| 11. | Sreedhar Sankar | Manipal Drugs Inc | — — | 718 623 9533 | ☐ |
| 12. | Thimithel Curran | Manipal Drug Inc | | 718 623 9533 | ☐ |
| 13. | Roslyn McClain | Security | | 917 - 349 - 0303 | ☐ |
| 14. | Caressa McFarland | | | 347 571 4644 | ☐ |
| 15. | Curtis Redburg | Security | — | 347 - 500 - 9920 | ☐ |
| 16. | Carl A. Crooks | | | 347 339 - 1881 | ☐ |
| 17. | Wayne Morgan | Ambulette Driver AFS | | 917 - 600 5582 | ☐ |
| 18. | Timothy Number | Security | | 917 - 371 - 3202 / 718 - 388 - 4816 | ☐ |
| 19. | Kellie Bernard | | N/A | (917) 282 - 8979 | ☐ |
| 20. | Khristine Wallace | MJHS | | 718 - 733 - 1854 | ☐ |



New York State
NURSES
ASSOCIATION

Page 2

# Keep Interfaith Medical Center
# OPEN FOR CARE

We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital. With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|---|---|---|---|---|---|
| 21. | JOSEPH A. MONDANO | MJHS | jmondano@mjhs.org | 718 621-3600 | ☐ |
| 22. | ANNE R. MODESTE | MJHS | | (347) 898-3445 | ☐ |
| 23. | Vicky M Joseph | 10 NJHS | imaginthing@yahoo.com | | ☐ |
| 24. | JOAN LABTISTE | MJHS | ~~Minrose J @ live.com~~ | 718-859-6569 | ☐ |
| 25. | Mimose Joseph | MJHS. | Minrose J @ live.com | 347-623-3275 | ☑ |
| 26. | Genevieve Shaws | | | 718) 493-5031 | ☐ |
| 27. | Wilford Alexander | | 718 489 2875 | | ☐ |
| 28. | Kate Murtagh | M.J.H.S | | 718-621-3000 | ☐ |
| 29. | Irma Singh | MJHS | | 718-621-3600 | ☐ |
| 30. | Alla Kozlova | MJHS | AKozlova@mjhs.org | 718-621-3600 | ☐ |

New York State
**NURSES**
ASSOCIATION

Page 3

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|---|---|---|---|---|---|
| 31. | Yuira Yasnogurodkaya | MJHS ADHC | jgyasnogo@nyhs.org | 718-621-3600 | ☐ |
| 32. | Mirhaic Gotkhoter | MJHC ADHC | Mirhail Got.@yahoo.com | 718-886-5454 | ☐ |
| 33. | Svetlana Mamedova | MJHC ADHC | | (718) 759-6830 | ☐ |
| 34. | Daniel L. Gaskin | MJHS ADHC | dgaskin@mjhs.org | (718) 621-3600 | ☐ |
| 35. | alice Cohen | MJHS ADHC | acohen@mjhs.org | 718 621-8604 | ☐ |
| 36. | Sara Flom | MJHS ADHC | CNA | (718) 621-3600 | ☐ |
| 37. | TUANVU THANH DAVA | MJHC | Dietary | 917 412 8325 | ☐ |
| 38. | Dionne Williams | MJHC | JoshJosino1@gmail | 917 754-4402 | ☐ |
| 39. | Lucyna Hierbowsko | MJHC | CNA MJHS.org | 347-666-2450 | ☐ |
| 40. | Natasha Udali'44 | ADHC MJHC | CNA MJHS.org | 1(201) 963-7765 | ☐ |

New York State
NURSES
ASSOCIATION

Page 4

# Keep Interfaith Medical Center
# OPEN FOR CARE

We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital. With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND TEXT UPDATE |
|---|---|---|---|---|---|
| 41. | Debra McCoy | MSH | Debra.mccoy.8@aol | 917-652-9742 | ☐ |
| 42. | Joan Murray | MJHS | jemrvc@aol.com | 516-297-3977 | ☐ |
| 43. | Diana Perez | MJHS | dperez2668@gmail.com | | ☐ |
| 44. | Brittany Dicupe | MSHS | Bdicupe@yahoo.com | 646-725-8643 | ☐ |
| 45. | Tasha Bitten | MJHS | — | 347-277-1066 | ☐ |
| 46. | Roman Spector | MJHS | rspector@mjhc.org | 718-621-3600 | ☐ |
| 47. | Louis Adrasse | ADHC | gereladrasse@optonline | 347-627-5742 | ☐ |
| 48. | EWIRA PASANX | ADHC | ewira.pasen@yahoo.com | (347)517-7255 | ☐ |
| 49. | Mgena Zugynnia | ADHC | | 347-579-6838 | ☐ |
| 50. | L. Copeland | MSHS | | | |

New York State
NURSES
ASSOCIATION

Page 5

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND TEXT UPDA |
|---|---|---|---|---|---|
| 51. | Vera Toby | M.J.H.S | | 718 342-7267 | ☐ |
| 52. | Ma Pacheco | M.J.H.S | | 347-787-8879 | ☐ |
| 53. | Gladys Silva | M.J.H.S | | 996-3424 718 | ☐ |
| 54. | Patricia Richardson | M.J.H.S | | 347 567 9662 | ☐ |
| 55. | CHARLIE ESP, con | MJHS | | (347) 840 0033 | ☐ |
| 56. | Janette G te lean | MJHS | | (718) 621-3600 | ☐ |
| 57. | magdalene ibchance | MJHS | | | ☐ |
| 58. | Canotta Spence | MJHB | | (907) 917-2584 | ☐ |
| 59. | Ana Ty L | MJHS | | 3478633999 | ☐ |
| 60. | Sant Nielen | ATS | | 718-597-3247 | ☐ |

New York State NURSES ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital. With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND TEX UPDA |
|---|---|---|---|---|---|
| 61. | Carol Furmington | Security | | 134? 384 989 | ☐ |
| 62. | Inne Glendine M.D. | | | (718) 613 6900 | ☐ |
| 63. | PAULA Hunt LPN | | | 718 613 6915 | ☐ |
| 64. | Amir El Khashab | M.D. | | 718-613-4000 | ☐ |
| 65. | Amish Pandy | M.D. | | 718-613-4000 | ☐ |
| 66. | Nana Al-Khedr | MD | | 718 613 6900 | ☐ |
| 67. | Zaw Thant | MP | | 917 718 6134146 | ☐ |
| 68. | Keith Coleman | DJ Incorp. | | 347 752-6240 | ☐ |
| 69. | Louise Baytring | Patient | | 347 005-6098 | ☐ |
| 70. | Deborah Maddox | N.Y.C Pot Aunthy | | 212- 251 0201 | ☐ |

New York State
NURSES
ASSOCIATION

Pace 7

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND TEXT UPDA |
|---|---|---|---|---|---|
| 71. | Rena Janarthanan | | rpjrox0587@hotmail.com | | ☑ |
| 72. | Swithi Maddula | | maddula1@yahoo.com | | ☑ |
| 73. | Sonali Mondkar | | sonali.mondkar@gmail.com | | ☐ |
| 74. | Pranav Patel | | p12anav@yahoo.com | | ☑ |
| 75. | | | viga.viga_koleth@... | | ☑ |
| 76. | Dwight Francis | | Dwight F@... | | ☐ |
| 77. | Harry Smith Jeanty | MS3 | hsJeanty1@Gmail.com | | ☐ |
| 78. | James McDonough | | jamecent@hotmail.com | | |
| 79. | Walter Thise | | | 718 889-1747 | |
| 80. | Rom Lawrules | MIHS | | 718 587-3956 | |

New York State
**NURSES**
ASSOCIATION

Page 8

# Keep Interfaith Medical Center
# OPEN FOR CARE

We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital. With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# |
|---|---|---|---|---|
| 81. | John Gerace | MJHS | | 718 631-6476 |
| 82. | Mary Medina | MJHS | | 347-237-0586 |
| 83. | Carold Brimond | ADHC | | 347-439-7187 |
| 84. | Shu Juan Jig | ADHC | | 718.643.8560 |
| 85. | Deshaun Scott | Care Giver | | 347 388-1250 |
| 86. | Demetrias Cooperwood | Radio Shack Rep | | 347 287 4818 |
| 87. | Raymond Veys | Radio Shack Rep | Ray7veys@Gmail.com | 347 602-7653 |
| 88. | Chantel Batchilly | Student | | 212 251-0201 |
| 89. | Amrina Edwards | Sales Person | SexyDiva27@yahoo.com | 646 358-0197 |
| 90. | Oral Eastman | U.S Postal Service | | 917 6428583 |

New York State
NURSES
ASSOCIATION

Page 9

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND TEXT UPDA |
|---|---|---|---|---|---|
| 91. | Shirley Moore | MJHS | | 718 9408863 | |
| 92. | Louise John | MJHS | | 718-286-3086 | |
| 93. | Marjorie Cohen | MJHS | | 718-469-0840 | |
| 94. | minma batt | MJHS | | 646 748 680 | |
| 95. | M WATSON | MJHS | | | |
| 96. | Wanda Rosell | MJHS | | 718 621-3600 | |
| 97. | G M Jones | MJHS | | | |
| 98. | Charlotte saint oril | MJHS | | 718-224-251785 | |
| 99. | S wou | MJHS | | | |
| 100. | Jeanette Grehann | MYHS | | (718) 621-3600 | |

New York State
NURSES
ASSOCIATION

Page 10

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| | NAME | ORGANIZATION | EMAIL | PHONE# | SEND TEXT UPDA |
|---|---|---|---|---|---|
| 101 | Felicita Prado | Met Life | | 347-631-3912 / 718-385-7639 | ☐ |
| 102 | Carmen Roman | Caregiver | caamiraman@gmail.com | 347-787-8879 | ☐ |
| 103 | Laheya Ellis | People Care | kelly101487@yahoo.com | 917-573-3864 | ☐ |
| 104 | SHARON WILLIAMS | | | 646-327-0039 | ☐ |
| 105 | | | | 347.806.1414 | ☐ |
| 106 | | | | 347-232-9234 | ☐ |
| 107 | Shawanna Brown | | | 917-230-04 | ☐ |
| 108 | Christel Garcia | | | 718 644 0752 | ☐ |
| 209 | Ingrid Curis | | @AOL.com | (347) 627-9092 | ☐ |
| -110 | Reinaldo Perache | BSC-LC | yahoo.com | 347 882 9439 | ☐ |

New York State
NURSES
ASSOCIATION

Page 11

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|---|---|---|---|---|
| Thaisha Barrett | Interfaith | chocolatetye24@yahoo.com | | ☐ |
| Naomi Vialla | Interfaith | | | ☐ |
| Oscan Cusuy Lan | Interfaith | | | ☐ |
| BARRY NELSON | " | Leita. _____@yahoo.com | 347-790-6463 | ☐ |
| ALFonso (Red) | | | 718-640-0769 | ☐ |
| Leita Flowers | Interfaith Med. | leitaflowers@ | | ☐ |
| Jose Collazo | | Angelkelly2s@gmail | 347 961 0754 | ☐ |
| CARL ALLEYGNE | InterFAITH | | 317-546-5767 | ☑ |
| Dawn Sidibe | Interfaith | CBsidibe | 347-291-2075 | ☐ |
| | | | | ☐ |



New York State
**NURSES**
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|:---:|
| Thaisha Burrett | Interfaith | chocolatefye24@yahoo.com | | ☐ |
| Naomi Vialva | Inter Faith | | | ☐ |
| Oscar Cunnighan | Inter Raith | | | ☐ |
| Barry Nelson | Inter faith | | 347-790-6463 | ☑ |
| Afonso Reed | Interfaith | | 718-640-0769 | ☑ |
| Leila Mowers | Interfaith | leila.Mowers@yahoo.com | | ☐ |
| Sean Wiggins | | | | ☐ |
| Betty Armstrong | Interfaith | | 718-778-4967 | ☐ |
| LAVERNE BENN | Inter-faith | | 347-641-8039 | ☑ |
| Carnoc Thompsa | Interfaith | | 3(72) 200 232( | ☐ |

New York State
**NURSES** ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service **hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Willie McCroskey | iNteRfaith | — | 718-7730177 | ☐ |
| Mary Love | Intefaith | — | 917 625-1283 | ☐ |
| Theresa Murphy | interfaith | | 347 676 2403 | ☐ |
| | | | 718-493-9516 | ☐ |
| KARIN KOROLIZKy | Interfaith | | | ☐ |
| Teryonne Scott | Interfaith | | 718-775-7067 | ☐ |
| Stephanie Thompson | Interfaith | | 1-347-787-3114 | ☐ |
| Barbara Elliott | Interfaith | | 1 347-418-1659 | ☐ |
| Mary Martin | " | | 1349-626-3507 | ☐ |
| A. LeFlash | " | | 1347-228-4163 | ☐ |

New York State
**NURSES**
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Troy Clade | Interfaith | | | ☐ |
| OLOYEDE AKINDE | Interfaith | 593 avenue Vanderbilt | 347-383-0148 | ☐ |
| Fernando Colon | Interfaith | | 347-775-4756 | ☐ |
| Calvin Shaw | | | | ☐ |
| Darvell Mosly | Interfaith | | 347 238-9606 | ☐ |
| LISA ELLINGTON | Interfaith | LISAE2700@gmail | 347-792-3013 | ☑ |
| Maureen Lillidge | Democratic Voter | | 347-964 9606 | ☑ |
| Dortra MASON | Interfaith | | 347-388-2654 | ☑ |
| Otelia Nicholson | Interfaith | | 718-778-7613 | ☐ |
| Michael Dixon | | | | ☐ |



New York State
**NURSES**
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Bradley Heron | Interfaith | | 347 552 3821 | ☐ |
| Brown Patricia | Interfaith | | 347.666.1824 | ☐ |
| Richard Fernandez | | | | ☐ |
| Astrid Dakes | | | 718-623-3210 | ☑ |
| April Crouch | Interfaith | | (718) 622-4739 | ☐ |
| Lonzo Miles | Interfaith | | (718) 604 2597 | ☐ |
| Darryl Browne | Interfaith O/P | | 347 206 4549 | ☐ |
| Arthur Chitty | Interfaith | | | ☐ |
| Arlene Alvarez | Interfaith | | 347-314-2159 | ☐ |
| Michelle Pilgram | Interfaith | | 347-784-2946 | ☐ |



New York State
NURSES
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital. With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Brandon W Taylor | Interfaith M.C. | algebraiso hotmail.com | 718-431-3597 | ☒ |
| Charles Agi | Interfaith Med Cent | chidonie chales or @hotmail.com | 912-814-6957 | ☐ |
| Leela Kumarzilla | Interfaith Med. Cent | drlk@yahoo.com | 718 780 5037 | ☐ |
| Veronica Frazier | Interfaith | | 917-821-1726 | ☐ |
| Tim Floyd | Interfaith | MackiF(au 958) yahoo | 718-350-1500 | ☐ |
| Carnelha Roberts | interfaith | | 718 956 5330 | ☐ |
| Carolyn Rogers | Interfaith | | 347-435-3378 | ☐ |
| Ashok Devkota | Interfaith | adevkota @ interfaith md | 718-613-4100 | ☐ |
| Elsada McBean | Interfate mc | | 404-271-3455 | ☐ |
| Jasmine Taylor | Interfaith mc | Jayelaine1973 @ gmail.com | | ☐ |

New York State
NURSES
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| John Beger | Patient | | 718-399-3881 | ☐ |
| Bertha Dove | Patient | | 917-215-9127 | ☐ |
| Mary Simon | Patient | | 718-443-2836 | ☐ |
| Waddell Revell | Patient | | 347-634-0141 | ☐ |
| Henry Arlt | Patient | | 718-625-0440 | ☐ |
| Charles Antongiorgi | Patient | | 917-756-0614 | ☐ |
| Roberto Campbell | Patient | | 718 289-9295 | ☐ |
| Zara Mahmud | Patient | | 718-363-2715 | ☐ |
| Mike Williams | Patient | | | ☐ |
| Robert Platt | Patient | | 718 774-9273 | ☐ |

New York State
**NURSES**
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Stephen Max | Patient | | | ☐ |
| Sharon Woods | ( " | | 347-7936174 | ☐ |
| Cynthia Haynes | (( " | | 347-995-8787 | ☐ |
| Brenda wells | (( " | | | ☐ |
| Donna Morgem | (( " | | | ☐ |
| Delbra Damsen | (( " | | | ☐ |
| Yvette Wilson | (( " | | | ☐ |
| Kim braxton | (( " | | | ☐ |
| Joann Barber | (( " | | | ☐ |
| Cindy Phillips | Patient | | 646-702-6377 | ☐ |

New York State
NURSES
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|----------------------|
| Mabie Laure | Patient | | 718 204 728l | ☐ |
| Brenda Williams | | | 347-781-9923 | ☐ |
| Elaine Benuzilo | '' '' | | | ☐ |
| Eula Squirewell | '' '' | | 718-574-6838 | ☐ |
| Marie Francis | '' '' | | 718-415-7797 | ☐ |
| Robert Kerstrom | '' '' | | 718-443-6806 | ☐ |
| Eldimot Richards | '' '' | | | ☐ |
| Antoine Daniel | '' '' | | | ☐ |
| Bernard Dunbar | '' '' | | 718-574-2017. | ☐ |
| Chris Ramirez | '' '' | | | ☐ |



New York State
**NURSES**
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|-------------|-------|--------|------|
| Betty Middleton | | | 347-413-5444 | ☐ |
| Dave Martin | IEnter faith | | | ☐ |
| Dr. Curtis S V Park | INETER FAITH | | 347-627-5145 | ☐ |
| Xeavy Alston | | | | ☐ |
| Mary McZeek | | | | ☐ |
| Arthur Chitty | INETERFAITH | | | ☐ |
| Farah LemaSme | Interfeith Hospital | | 347-641-0210 | ☐ |
| Kehen Rennes | Interfaith Hospital | | | ☐ |
| Lisa Barber | Interfaith Hospital | | 347-556-7105 | ☐ |
| Tanya Capers | | | 917968-9792 | ☐ |

New York State
**NURSES**
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care -- not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|-------------|-------|--------|------|
| Kenneth Thomas | INTERFAITH | M-Thomas 60@ gmail.com | 713-773-4456 | ☐ |
| Monrol Jackson | Inerfaith | 456 Dekalb ave | 718-789-2507 | ☐ |
| Petra medero | Petra medero | 875 Pennsylva Ave | 646 353 3026 | ☐ |
| M. McNair | INTERFAITH | 590 FRANKlin Ave | 347-852 3103 | ☐ |
| B. Anderson | | | | ☐ |
| Keith Seer | interfaith | | | ☐ |
| WiLLiE WiLLiAMS | | | 862-944-7307 | ☐ |
| 21 Gautam | IMC | kamd gautam2001@ yahoo.com | 718 880 7204 | ☐ |
| Patrick Smith | InterFAITH | | 347-775 6896 | ☐ |
| Phelesa Benjamin | interfaith | | 347-341-7074 | ☐ |



New York State
NURSES
ASSOCIATION

# Keep Interfaith Medical Center
# OPEN FOR CARE

**We, the undersigned, call on the Department of Health to commit to keeping Interfaith Medical Center open for care as a full service hospital.** With growing healthcare disparities in Brooklyn, our community needs improved access to quality care – not hospital closures. We're calling for a moratorium on all hospital closures until the needs of our community are adequately assessed and for a guarantee that we have a voice in any decisions that impact healthcare in our borough.

| NAME | ORGANIZATION | EMAIL | PHONE# | SEND ME TEXT UPDATES |
|------|--------------|-------|--------|------|
| | | | | ☐ |
| Maude Wilciaus | Patient | | 1347-6312762 | ☐ |
| Billy Clark | " " | bigbillprod@ycfhoo.com | 718-643-4986 | ☐ |
| Juliana Kupeji | " " | | 718-414-9585 | ☐ |
| Alonzo Thompson | " " | | 347-715-4475 | ☐ |
| Marlene Foster | " " | | 646-640-0543 | ☐ |
| Cassaureha Hilland | " " | | (347) 494-2306 | ☑ |
| Gloria Collins | " " | gloriacollins3663@gmail.com | 347 606 6909 | ☐ |
| Beverley Wilson | " " | | 347-405-6603 | ☐ |
| | " " | | | ☐ |



New York State
NURSES
ASSO