Alan J. Lipkin
Shaunna D. Jones
Richard J. Kurdziel
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

-------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
Interfaith Medical Center, Inc.,[1]              :    Case No. 12-48226 (CEC)
                                                 :
              Debtor.                            :
-------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 26, 2013 AT 10:00 A.M. (EASTERN TIME)

Location of Hearing:   The Honorable Carla E. Craig, Courtroom 3529
                       United States Bankruptcy Court
                       Eastern District of New York
                       271 Cadman Plaza East, Suite 1595
                       Brooklyn, New York 11201-1800

### MATTERS GOING FORWARD

1. Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 602].

    Related Documents:

    Order, dated August 1, 2013, regarding the Debtor's Motion and related matters [Docket No. 605].

    Supplement to Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 606].

---

[1] The last four digits of the Debtor's federal tax identification number are 6155. The Debtor's mailing address is 1545 Atlantic Avenue, Brooklyn, New York 11213.

Revised Order, dated August 8, 2013, regarding the Debtor's motion and related matters [Docket No. 620].

Limited Response of Comprehensive Archives, Inc. to the Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 621].

Objection of Keep Interfaith Medical Center Open for Care to the Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 624].

Second Supplement to Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 627].

Debtor's Motion for a Final Order: (I) Authorizing the Debtor to Obtain Postpetition Secured Financing Pursuant to Sections 105, 361, 362, 364, 503(b) and 507(b) of the Bankruptcy Code; (II) Authorizing the Debtor to Use Cash Collateral on a Final Basis Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection Pursuant to Sections 361, 362,and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Authorizing and Approving a Related Compromise and Settlement Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019; and (VI) Providing Related Relief [Docket No. 638].

Joinder and Reservation of Rights of the Dormitory Authority of the State of New York With Respect to the Motion of the Debtor for Entry of an Order Authorizing Implementation of a Plan of Closure [Docket No. 640].

Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to Debtor's Motion for Entry of an Order Pursuant to Section 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 642].

Opposition of the Committee of Interns and Residents/Service Employee International Union to Debtor's Motion for Entry of an Order Authorizing the Debtor to Implement a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 643].

Objection of 1199SEIU United Healthcare Workers East and the New York State Nurses Association to Debtor's Motion for Entry of an Order Authorizing the Debtor to Implement a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 644].

Exhibits to Objection of 1199SEIU United Healthcare Workers East and the New York State Nurses Association to Debtor's Motion for Entry of an Order Authorizing the Debtor to Implement a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 650].

Objection of IM Foundation, Inc. to Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 647].

IM Foundation, Inc. Proffer of Witnesses Testimony [Docket No. 651].

Exhibit to IM Foundation, Inc. Proffer of Witnesses Testimony [Docket No. 652].

Objection Of Bill de Blasio, Individually And In His Capacity As The Public Advocate For The City Of New York To Debtors Motion For Entry Of An Order Pursuant To Sections 105, 363 And 1108 Of The Bankruptcy Code, Authorizing The Debtor To Implement, In Accordance With New York State Law, A Plan Of Closure For The Debtors Hospital And Certain Affiliated Outpatient Clinics And Practices; And Cross-Motion For Entry Of An Order (I) Pursuant To Fed. R. Bankr. P. 2018(a) Authorizing Bill De Blasio To Permissively Intervene In The Debtors Chapter 11 Case, And (II) Pursuant To Sections 362(d) And 105 Of The Bankruptcy Code, Fed. R. Bankr. P. 4001, And Local Bankruptcy Rule 4001-1 For Relief From The Automatic Stay To Permit Bill De Blasio To Initiate A New York State Court Action Against Non-Debtors [Docket No. 648].

Objection of the Ad Hoc Group of Doctors to the Debtor's Plan of Closure [Docket No. 654].

**Status**: The hearing on this matter is going forward. The Debtor anticipates filing supporting declarations and a reply to the objections prior to the hearing.

2. Motion of IM Foundation, Inc. for an Order Pursuant to Bankruptcy Code § 1121(d) Terminating Exclusive Periods During Which Only the Debtor May File and Solicit Acceptances of a Chapter 11 Plan [Docket No. 635].

   Related Documents:

   Order Scheduling Hearing on reduced and limited notice for Motion of IM Foundation, Inc. for Order Pursuant to Bankruptcy Code Section 1121(d) terminating exclusive periods during which only the Debtor may file and solicit acceptances of a Chapter 11 Plan [Docket No. 636].

   Proposed Plan of Liquidation Filed by IM Foundation, Inc. [Docket No. 639].

Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for Chapter 11 Plan of Liquidation Filed by IM Foundation, Inc. [Docket No. 646].

**Status**: The hearing on this matter is going forward. The objection deadline for this matter is Friday, August 23, at 5:00 p.m. The Debtor will be filing an objection to this motion.

3. Objection Of Bill De Blasio, Individually And In His Capacity As The Public Advocate For The City Of New York To Debtors Motion For Entry Of An Order Pursuant To Sections 105, 363 And 1108 Of The Bankruptcy Code, Authorizing The Debtor To Implement, In Accordance With New York State Law, A Plan Of Closure For The Debtors Hospital And Certain Affiliated Outpatient Clinics And Practices; And Cross-Motion For Entry Of An Order (I) Pursuant To Fed. R. Bankr. P. 2018(a) Authorizing Bill De Blasio To Permissively Intervene In The Debtors Chapter 11 Case, And (II) Pursuant To Sections 362(d) And 105 Of The Bankruptcy Code, Fed. R. Bankr. P. 4001, And Local Bankruptcy Rule 4001-1 For Relief From The Automatic Stay To Permit Bill De Blasio To Initiate A New York State Court Action Against Non-Debtors [Docket No. 648].

Related Documents:

Bill De Blasio's Motion for Order Shortening Time for Hearing on his Cross-Motion For Entry Of An Order (I) Pursuant To Fed. R. Bankr. P. 2018(a) Authorizing Bill De Blasio To Permissively Intervene In The Debtors Chapter 11 Case, And (II) Pursuant To Sections 362(d) And 105 Of The Bankruptcy Code, Fed. R. Bankr. P. 4001, And Local Bankruptcy Rule 4001-1 For Relief From The Automatic Stay To Permit Bill De Blasio To Initiate A New York State Court Action Against Non-Debtors [Docket No. 649].

Order Shortening Time For Hearing On Cross Motion For Entry Of An Order Authorizing Bill De Blasio To Permissively Intervene In The Debtor's Chapter 11 Case, For Relief From The Automatic Stay To Permit Bill De Blasio To Initiate A New York State Court Action Against Non-Debtors [Docket No. 655].

- 5 -

**Status**:  The hearing on this matter is going forward.  The objection deadline for this matter is Friday, August 23, at 5:00 p.m.

Dated:  August 22, 2013

          WILLKIE FARR & GALLAGHER LLP
*Attorneys for the Debtor and Debtor in Possession*

By:  /s/ Alan J. Lipkin
    Alan J. Lipkin
    Shaunna D. Jones
    Richard J. Kurdziel

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111