IMC 000157

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
Interfaith Medical Center, Inc.,[1]               :    Case No. 12- 48226 (CEC)
                                                  :
                    Debtor.                       :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF NEW YORK   )

I, Robert Rotman declare:

1. I am over the age of 18 years and not a party to this chapter 11 case.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 10th day of September, 2013, I caused a true and accurate copy of the:

   (i) "Declaration of John D. Leech in Support of Debtor's Motion for a Final Order: (I) Authorizing the Debtor to Obtain Postpetition Secured Financing Pursuant to Sections 105, 361, 362, 364, 503(b) and 507(b) of the Bankruptcy Code; (II) Authorizing the Debtor to Use Cash Collateral on a Final Basis Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Authorizing and Approving a Related Compromise and Settlement Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019; and (VI) Providing Related Relief" (Docket No. 704);

   (ii) "Declaration of Bernard A. Katz in Support of Debtor's Motion for a Final Order: (I) Authorizing the Debtor to Obtain Postpetition Secured Financing Pursuant to Sections 105, 361, 362, 364, 503(b) and 507(b) of the Bankruptcy Code; (II) Authorizing the Debtor to Use Cash Collateral on a Final Basis Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection Pursuant to Sections 361, 362, and 363 of

---

[1] The last four digits of the Debtor's federal tax identification number are 6155. The Debtor's mailing address is 1545 Atlantic Avenue, Brooklyn, New York 11213.

IMC 000157

        the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Authorizing and Approving a Related Compromise and Settlement Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019; and (VI) Providing Related Relief" (Docket No. 705);

    (iii)    "Notice of Filing of Revised Proposed Order: (I) Authorizing the Debtor to Obtain Postpetition Secured Financing Pursuant to Sections 105, 361, 362, 364, 503(b) and 507(b) of the Bankruptcy Code; (II) Authorizing the Debtor to Use Cash Collateral on a Final Basis Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Authorizing and Approving a Related Compromise and Settlement Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019; and (VI) Providing Related Relief, and Revised DIP Credit Agreement", along with the relevant exhibits (Docket No. 706); and

    (iv)    "Notice of Agenda of Matters Scheduled for Hearing on September 11, 2013 at 10:00 a.m. (Eastern Time)" (Docket No. 707),

    (v)    "Notice of Agenda of Matters Scheduled for Hearing on September 12, 2013 at 10:00 a.m. (Eastern Time)" (Docket No. 708); and

to be served via electronic mail upon the parties as set forth in Exhibit 1; and via First Class U.S. Mail upon the parties as set forth in Exhibit 2, attached hereto.

4.    I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 10th day of September, 2013 at New York, New York.

By /s/ Robert Rotman
Robert Rotman

Sworn before me this
10th day of September, 2013

/s/ Sung Jae Kim
Notary Public

SUNG JAE KIM
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
No. 01KI6211176
COMM. EXP. September 14, 2013

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| 000071P002-1308S-157<br>ALSTON & BIRD LLP<br>CRAIG E. FREEMAN; WILLIAM HAO<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>CRAIG.FREEMAN@ALSTON.COM | 000070P001-1308S-157<br>ALSTON & BIRD LLP<br>MARTIN G. BUNIN<br>90 PARK AVENUE<br>NEW YORK NY 10016<br>MARTY.BUNIN@ALSTON.COM | 000061P001-1308S-157<br>ARENT FOX LLP<br>ROBERT M. HIRSH<br>1675 BROADWAY<br>NEW Y ORK NY 10019<br>HIRSH.ROBERT@ARENTFOX.COM | 000062P001-1308S-157<br>ARENT FOX LLP<br>DAVID J. KOZLOWSKI<br>1675 BROADWAY<br>NEW YORK NY 10019<br>KOZLOWSKI.DAVID@ARENTFOX.COM |
| 000090P001-1308S-157<br>ARNALL GOLDEN GREGORY LLP<br>DARRYL S. LADDIN<br>171 17TH STREET, N.W.<br>SUITE 2100<br>ATLANTA GA 30363-1031<br>DARRYL.LADDIN@AGG.COM | 000097P001-1308S-157<br>ASST. ATTY. GENERAL OF THE STATE OF NY<br>ATTN: JOSHUA PEPPER<br>120 BROADWAY<br>24TH FL.<br>NEW YORK NY 10271<br>JOSHUA.PEPPER@AG.NY.GOV | 000068P001-1308S-157<br>ATTORNEY GENERAL OF THE STATE OF NY<br>ERIC T. SCHNEIDERMAN<br>120 BROADWAY<br>24TH FLOOR<br>NEW YORK NY 10271<br>ENID.STUART@AG.NY.GOV | 000077P001-1308S-157<br>BERNSTEIN-BURKLEY, P.C.<br>JODI L. HAUSE<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1900<br>JHAUSE@BERNSTEINLAW.COM |
| 000076P001-1308S-157<br>BERNSTEIN-BURKLEY, P.C.<br>KIRK B. BURKLEY<br>SUITE 2200 GULF TOWER<br>PITTSBURGH PA 15219-1900<br>KBURKLEY@BERNSTEINLAW.COM | 000104P001-1308S-157<br>BORAH GOLDSTEIN ET AL.<br>ATTN: JEFFREY C. CHANCAS<br>377 BROADWAY<br>NEW YORK NY 10013<br>JCHANCAS@BORAHGOLDSTEIN.COM | 000080P001-1308S-157<br>CHESNEY & NICHOLAS, LLP<br>ATTN: CHERYLL L. CORIGLIANO, ESQ.<br>2305 GRAND AVENUE<br>BALDWIN NY 11510<br>C.CORIGLIANO@CHESNEYNICHOLAS.COM | 000085P001-1308S-157<br>COOLEY LLP<br>ATTN: JEFFREY L. COHEN<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>JCOHEN@COOLEY.COM |
| 000086P001-1308S-157<br>COOLEY LLP<br>ATTN: MICHAEL A. KLEIN<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>MKLEIN@COOLEY.COM | 000084P001-1308S-157<br>COOLEY LLP<br>ATTN: RICHARD S. KANOWITZ<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036<br>RKANOWITZ@COOLEY.COM | 000100P001-1308S-157<br>CROWELL & MORING LLP<br>MARK S. LICHTENSTEIN, ESQ.<br>590 MADISON AVENUE<br>19TH FLOOR<br>NEW YORK NY 10022<br>MLICHTENSTEIN@CROWELL.COM | 000094P001-1308S-157<br>DICONZA TRAURIG LLP<br>JEFFREY TRAURIG, ESQ.<br>630 THIRD AVENUE<br>7TH FLOOR<br>NEW YORK NY 10017<br>JTRAURIG@DTLAWGROUP.COM |
| 000010P001-1308S-157<br>DORMITORY AUTHORITY OF THE<br>STATE OF NEW YORK<br>DEBORAH PADEN<br>MANAGING GEN. COUNSEL<br>515 BROADWAY<br>ALBANY NY 12207-2964<br>DPADEN@DASNY.ORG | 000011P001-1308S-157<br>DORMITORY AUTHORITY OF THE<br>STATE OF NEW YORK<br>LARRY N. VOLK<br>SR. DIR. PORTFOLIO MANAGEMENT<br>515 BROADWAY<br>ALBANY NY 12207-2964<br>LVOLK@DASNY.ORG | 000095P001-1308S-157<br>EDWARDS WILDMAN PALMER LLP<br>PAUL J. LABOV<br>750 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>PLABOV@EDWARDSWILDMAN.COM | 000096P001-1308S-157<br>EDWARDS WILDMAN PALMER LLP<br>SAREE R. PTAK<br>750 LEXINGTON AVENUE<br>NEW YORK NY 10022<br>SPTAK@EDWARDSWILDMAN.COM |
| 000069P001-1308S-157<br>FITZGERALD AND FITZGERALD, P.C.<br>ATTN: JOHN M. DALY, ESQ.<br>538 RIVERDALE AVENUE<br>YONKERS NY 10705<br>JDALY@LAWFITZ.COM | 000087P002-1308S-157<br>HALPERIN BATTAGLIA RAICHT, LLP<br>ATTN: ALAN D. HALPERIN, ESQ.<br>40 WALL ST. - 37TH FL.<br>NEW YORK NY 10005<br>AHALPERIN@HALPERINLAW.NET | 000088P002-1308S-157<br>HALPERIN BATTAGLIA RAICHT, LLP<br>ATTN: DEBRA J. COHEN, ESQ.<br>40 WALL ST. - 37TH FL.<br>NEW YORK NY 10005<br>DCOHEN@HALPERINLAW.NET | 000105P001-1308S-157<br>HAMILTON STEPHENS STEELE & MARTIN, PLLC<br>C/O MELANIE D. JOHNSON RAUBACH<br>201 SOUTH COLLEGE STREET<br>SUITE 2020<br>CHARLOTTE NC 28244<br>MRAUBACH@LAWHSSM.COM |
| 000103P001-1308S-157<br>HARRIS BEACH PLLC<br>ATTN: DAVID M. CAPRIOTTI, ESQ.<br>333 WEST WASHINGTON ST.<br>SUITE 200<br>SYRACUSE NY 13202<br>DCAPRIOTTI@HARRISBEACH.COM | 000083P001-1308S-157<br>KEGLER BROWN HILL & RITTER<br>ATTN: LARRY J. MCCLATCHEY<br>65 EAST STATE ST., SUITE 1800<br>COLUMBUS OH 43215<br>LMCCLATCHEY@KEGLERBROWN.COM | 000067P001-1308S-157<br>KENNEDY, JENNIK & MURRAY, P.C.<br>ELIZABETH M. PILECKI, ESQ.<br>113 UNIVERSITY PLACE<br>7TH FLOOR<br>NEW YORK NY 10003<br>EPILECKI@KJMLABOR.COM | 000081P001-1308S-157<br>KLESTADT & WINTERS, LLP<br>ATTN: IAN R. WINTERS<br>570 SEVENTH AVE., 17TH FL.<br>NEW YORK NY 10018<br>IWINTERS@KLESTADT.COM |

000082P001-1308S-157
KLESTADT & WINTERS, LLP
ATTN: JOSEPH C. CORNEAU
570 SEVENTH AVE., 17TH FL.
NEW YORK NY 10018
JCORNEAU@KLESTADT.COM

000065P001-1308S-157
LEVY RATNER, P.C.
LAUREVE D. BLACKSTONE
80 EIGHTH AVENUE
8TH FLOOR
NEW YORK NY 10011
LBLACKSTONE@LEVYRATNER.COM

000064P002-1308S-157
LEVY RATNER, P.C.
SUZANNE HEPNER; RYAN BARBUR
80 EIGHTH AVENUE
8TH FLOOR
NEW YORK NY 10011
SHEPNER@LEVYRATNER.COM

000102P001-1308S-157
LIPSIG, SHAPEY, MANUS & NOVERMAN, P.C.
THOMAS J. MOVERMAN
40 FULTON STREET
25TH FLOOR
NEW YORK NY 10038
TMOVERMAN@LIPSIG.COM

000108P001-1308S-157
LOUIS J. TESTA, ESQ.
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE NYS ATTORNEY GENERAL
LITIGATION BUREAU, BANKRUPTCY UNIT
THE CAPITOL
ALBANY NY 12224-0341
LOUIS.TESTA@AG.NY.GOV

000101P001-1308S-157
MCBREEN & KOPKO
KENNETH A. REYNOLDS, ESQ.
500 NORTH BROADWAY
SUITE 129
JERICHO NY 11753
KREYNOLDS@MKLAWNYC.COM

000110P001-1308S-157
MORRISON COHEN LLP
ATTN: ROBERT K. DAKIS, ESQ.
909 THIRD AVENUE
NEW YORK NY 10022
RDAKIS@MORRISONCOHEN.COM

000110P001-1308S-157
MORRISON COHEN LLP
ATTN: ROBERT K. DAKIS, ESQ.
909 THIRD AVENUE
NEW YORK NY 10022
BANKRUPTCY@MORRISONCOHEN.COM

000072P001-1308S-157
NEW YORK CITY LAW DEPARTMENT
GABRIELA P. CACUCI, ESQ.
OFFICE OF MICHAEL A. CARDOZO
100 CHURCH STREET
ROOM 5-223
NEW YORK NY 10007
GCACUCI@LAW.NYC.GOV

000012P001-1308S-157
NYS DEPARTMENT OF HEALTH
LORA K. LEFEBVRE
DEP. DIR., HEALTH SYSTEMS MGMT.
CORNING TOWER
EMPIRE STATE PLAZA
ALBANY NY 12237
LORA.LEFEBVRE@SUNY.EDU

000021P002-1308S-157
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: WILLIAM E. CURTIN
271 CADMAN PLAZA EAST
SUITE 4529
BROOKLYN NY 11201
WILLIAM.E.CURTIN@USDOJ.GOV

000073P001-1308S-157
PENSION BENEFIT GUARANTY CORPORATION
DEBORAH J. BISCO
OFFICE OF CHIEF COUNSEL
1200 K STREET N.W.
SUITE 340
WASHINGTON DC 2005-4023
BISCO.DEBORAH@PBGC.GOV

000073P001-1308S-157
PENSION BENEFIT GUARANTY CORPORATION
DEBORAH J. BISCO
OFFICE OF CHIEF COUNSEL
1200 K STREET N.W.
SUITE 340
WASHINGTON DC 2005-4023
EFILE@PBGC.GOV

000099P001-1308S-157
PROSKAUER ROSE LLP
ATTN: JEFFREY W. LEVITAN, ESQ.
ELEVEN TIMES SQUARE
NEW YORK NY 10036-8299
JLEVITAN@PROSKAUER.COM

000098P001-1308S-157
PROSKAUER ROSE LLP
ATTN: RICHARD J. ZALL, ESQ.
ELEVEN TIMES SQUARE
NEW YORK NY 10036-8299
RZALL@PROSKAUER.COM

000092P001-1308S-157
RIDDELL WILLIAMS P.S.
BRUCE J. BORRUS
1001 FOURTH AVENUE
SUITE 4500
SEATTLE WA 98154
BBORRUS@RIDDELLWILLIAMS.COM

000091P001-1308S-157
RUSKIN MOSCOU FALTISCHEK, P.C.
MICHAEL S. AMATO, ESQ.
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE NY 11556-1425
MAMATO@RMFPC.COM

000107P001-1308S-157
SHIPMAN & GOODWIN LLP
JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD CT 06103-1919
JMANNING@GOODWIN.COM

000107P001-1308S-157
SHIPMAN & GOODWIN LLP
JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD CT 06103-1919
BANKRUPTCY@GOODWIN.COM

000107P001-1308S-157
SHIPMAN & GOODWIN LLP
JULIE A. MANNING, ESQ.
ONE CONSTITUTION PLAZA
HARTFORD CT 06103-1919
BANKRUPTCYPARALEGAL@GOODWIN.COM

000079P001-1308S-157
SODEXO, INC.
C/O JUDY D. THOMPSON, ESQ.
JD THOMPSON LAW
P.O. BOX 33127
CHARLOTTE NC 28233
JDT@JDTHOMPSONLAW.COM

000093P001-1308S-157
SPENCE LAW OFFICE, P.C.
ATTN: ROBERT J. SPENCE, ESQ.
500 N. BROADWAY
SUITE 200
JERICHO NY 11753
RSPENCE@ACKERMANSPENCE.COM

000089P001-1308S-157
THALER GERTLER LLP
ATTN: KEVIN R. TOOLE, ESQ.
90 MERRICK AVENUE, SUITE 400
EAST MEADOW NY 11554
TOOLE@THALERGERTLER.COM

000063P001-1308S-157
THE LAW OFFICE OF AVRUM J. ROSEN, PLLC
AVRUM J. ROSEN
38 NEW STREET
HUNTINGTON NY 11743
AJRLAW@AOL.COM

000078P001-1308S-157
UNITED STATES ATTORNEY'S OFFICE
ASST. U.S. ATTORNEY KATHLEEN A. MAHONEY
EASTERN DISTRICT OF NEW YORK
271 CADMAN PLAZA EAST
7TH FLOOR
BROOKLYN NY 11201
KATHLEEN.MAHONEY@USDOJ.GOV

000066P001-1308S-157
WEISS & ZARETT, P.C.
MICHAEL D. BROFMAN
3333 NEW HYDE PARK ROAD, SUITE 211
NEW HYDE PARK NY 11042
MBROFMAN@WEISSZARETT.COM

000111P001-1308S-157
WINDELS MARX ET AL.
ATTN: CHARLES E. SIMPSON, ESQ.
156 WEST 56TH ST.
NEW YORK NY 10019
CSIMPSON@WINDELSMARX.COM

000060P001-1308S-157
WINSTON STRAWN LLP
CAREY D. SCHREIBER
200 PARK AVENUE
NEW YORK NY 10166-4193
CSCHREIBER@WINSTON.COM

000009P001-1308S-157
WINSTON STRAWN LLP
DAVID NEIER
200 PARK AVENUE
NEW YORK NY 10166-4193
DNEIER@WINSTON.COM

Records Printed :           **57**

| | | | |
|---|---|---|---|
| 000029P002-1308A-157<br>1199SEIU UNITED HEALTHCARE WORKERS EAST<br>ANTONIO HOWELL<br>310 WEST 43RD STREET<br>NEW YORK NY 10036<br>ANTONIOH@1199.ORG | 000001P001-1308A-157<br>B. BRAUN MEDICAL INC.<br>RITA J. KAPPAUF<br>P.O. BOX 512382<br>PHILADELPHIA PA 19175-2382<br>RITA.KAPPAUF@BBRAUN.COM | 000003P002-1308A-157<br>BAXTER HEALTHCARE CORPORATION<br>MARTY FINK; SHAWN RYAN;<br>GAIL D'ALESANDRO<br>ONE BAXTER PARKWAY<br>DEERFIELD IL 60015<br>MARTY_FINK@BAXTER.COM | 000003P002-1308A-157<br>BAXTER HEALTHCARE CORPORATION<br>MARTY FINK; SHAWN RYAN;<br>GAIL D'ALESANDRO<br>ONE BAXTER PARKWAY<br>DEERFIELD IL 60015<br>SHAWN_RYAN@BAXTER.COM |
| 000003P002-1308A-157<br>BAXTER HEALTHCARE CORPORATION<br>MARTY FINK; SHAWN RYAN;<br>GAIL D'ALESANDRO<br>ONE BAXTER PARKWAY<br>DEERFIELD IL 60015<br>GAIL_D'ALESANDRO@BAXTER.COM | 000007P001-1308A-157<br>COVIDIEN<br>ATTN: CLIFF J DOCHTERMANN (SALES REP)<br>675 MCDENNELL BOULEVARD<br>ST.LOUIS MO 63134<br>EQUIP.ADMIN@COVIDIEN.COM | 000009P001-1308A-157<br>DORMITORY AUTHORITY<br>OF THE STATE OF NEW YORK<br>C/O JAMIE BULLOCK<br>515 BROADWAY<br>ALBANY NY 12207<br>JBULLOCK@DASNY.ORG | 000114P002-1308A-157<br>GE HEALTHCARE<br>3000 N GRANDVIEW BLVD.<br>WAUKESHA WI 53188-1615<br>VANADIS.WIPKE@GE.COM |
| 000019P001-1308A-157<br>NEW YORK CITY DEPARTMENT<br>OF HEALTH AND MENTAL HYGIENE<br>ATTN: COLLECTION UNIT-C/O EVANGELINE REYNOLDS<br>42-09 28TH STREET<br>16TH FLOOR CN # 32W<br>NEW YORK NY 10016<br>LJOHNSON@HEALTH.NYC.GOV | 000045P002-1308A-157<br>NEW YORK STATE DEPARTMENT OF LABOR<br>C/O UNEMPLOYMENT INSURANCE DIVISION<br>ATTN: DEBBIE ANZIANO, UI EMPLOYER COMP AGENT<br>GOV. W. AVERELL HARRIMAN STATE OFF. BLDG.<br>BUILDING 12, ROOM 256<br>ALBANY NY 12240<br>LABOR.SM.UI.DIVISION@LABOR.NY.GOV | 000130P002-1308A-157<br>PARENT OR LEGAL GUARDIAN OF I. HOLMES<br>C/O FITZGERALD & FITZGERALD, P.C.<br>ATTN: JOHN M. DALY, ESQ.<br>538 RIVERSIDE AVENUE<br>YONKERS NY 10705<br>JDALY@LAWFITZ.COM | 000021P001-1308A-157<br>TD BANK, NA<br>TD BANK SERVICES<br>C/O ARLENE M. MURPHY<br>1006 ASTORIA BLVD<br>CHERRY HILL NJ 08034-0372<br>ARLENE.MURPHY@TD.COM |

Records Printed :            **12**

**EXHIBIT 2**

| | | | |
|---|---|---|---|
| 000031P001-1308S-157<br>CALIFORNIA STATE BOARD OF EQUALIZATION<br>P.O. BOX 942879<br>SACRAMENTO CA 94279 | 000075P001-1308S-157<br>FEDERATION OF PHYSICIANS<br>LARRY NATHAN, ESQ.<br>521 FIFTH AVENUE<br>NEW YORK NY 10175 | 000106P001-1308S-157<br>IBM CORPORATION<br>ATTN: NATIONAL BANKR. COORDINATOR<br>275 VIGER EAST, SUITE 400<br>MONTREAL QC H2X 3R7<br>CANADA | 000019P001-1308S-157<br>INTERNAL REVENUE SERVICE<br>11601 ROOSEVELT BOULEVARD<br>P.O. BOX 21126<br>PHILADELPHIA PA 19114 |
| 000020P001-1308S-157<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000024P001-1308S-157<br>INTERNAL REVENUE SERVICE<br>MARIA I. VALERIO<br>INSOLVENCY GROUP 7 MGR.<br>290 BROADWAY<br>5TH FLOOR<br>NEW YORK NY 10007 | 000074P001-1308S-157<br>NEW YORK STATE FED. OF PHYS. AND DENTISTS<br>521 FIFTH AVENUE, SUITE 1700<br>NEW YORK NY 10175 | 000032P001-1308S-157<br>NYC DEPARTMENT OF FINANCE<br>OFFICE OF LEGAL AFFAIRS<br>(PARKING VIOLATION)<br>345 ADAMS STREET<br>3RD FLOOR<br>BROOKLYN NY 11201 |
| 000018P001-1308S-157<br>NYC DEPT. OF FINANCE<br>ATTN: DEVORA COHN, LEGAL AFFAIRS<br>345 ADAMS STREET<br>3RD FLOOR<br>BROOKLYN NY 11201 | 000017P001-1308S-157<br>NYS DEPT. TAXATION & FINANCE<br>BANKRUPTCY/SPECIAL PROCEDURES SECTION<br>P.O. BOX 5300<br>ALBANY NY 12205-0300 | 000030P001-1308S-157<br>NYS DEPT. TAXATION & FINANCE<br>BANKRUPTCY UNIT - TCD<br>BUILDING 8, ROOM 455<br>W.A. HARRIMAN STATE CAMPUS<br>ALBANY NY 12227 | 000022P001-1308S-157<br>SECURITIES & EXCHANGE COMMISSION<br>JOHN MURRAY<br>NORTHEAST REGIONAL<br>THE WOOLWORTH BLDG.<br>233 BROADWAY<br>NEW YORK NY 10279 |
| 000023P001-1308S-157<br>SECURITIES & EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK NY 10281 | 000027P001-1308S-157<br>U.S. DEPARTMENT OF EDUCATION<br>BANKRUPTCY LITIGATION SUPPORT<br>50 BEALE STREET<br>SUITE 8629<br>SAN FRANCISCO CA 94105 | 000026P001-1308S-157<br>U.S. DEPT. OF HEALTH & HUMAN SERVICES<br>OFFICE OF THE GENERAL COUNSEL<br>26 FEDERAL PLAZA<br>ROOM 3908<br>NEW YORK NY 10278 | 000025P001-1308S-157<br>U.S. DEPT. OF HOUSING & URBAN DEV.<br>OFFICE OF REGIONAL COUNSEL FOR NY/NJ<br>26 FEDERAL PLAZA<br>ROOM 3500<br>NEW YORK NY 10278-0068 |
| 000029P001-1308S-157<br>U.S. ENVIRONMENTAL PROTECTION AGENCY<br>OFFICE OF THE REGIONAL COUNSEL<br>REG. 2 - NY/CARIBBEAN SUPERFUND BRANCH<br>290 BROADWAY, 17TH FLOOR<br>ATTN: DOUGLAS FISCHER, ESQ.<br>NEW YORK NY 10007-1866 | 000028P001-1308S-157<br>UNITED STATES ATTORNEY'S OFFICE<br>EASTERN DISTRICT OF NEW YORK<br>ATTN: CIVIL DIV., BKRPTCY PROCESSING<br>271 CADMAN PLAZA EAST<br>BROOKLYN NY 11201-1820 | 000109P001-1308S-157<br>WILSON ELSER ET AL.<br>ATTN: STEPHEN J. BURNSTIN, ESQ.<br>3 GANNETT DRIVE<br>WHITE PLAINS NY 10604 | |

Records Printed :                    **19**

000030P001-1308A-157
1199SEIU UNITED HEALTHCARE WORKERS EAST
C/O LEVY RATNER PC
80 EIGHTH AVENUE
NEW YORK NY 10011

000031P001-1308A-157
AMERICAN BUILDING CONTRACTOR ASSOCIATES
C/O CONFORTI & WALLER LLP
155 W CARVER STREET
HUNTINGTON NY 11743

000032P001-1308A-157
AMERICAN BUILDING CONTRACTOR ASSOCIATES
805 ALBIN AVENUE
2ND FLOOR
LINDENHURST NY 11757

000002P001-1308A-157
B. BRAUN MEDICAL INC.
824 TWELFTH AVENUE
BETHLEHEM PA 18018

000004P001-1308A-157
BECKMAN COULTER, INC.
C/O STEVE SAFRON
P.O. BOX 169015
MIAMI FL 33116-9015

000005P001-1308A-157
BECKMAN COULTER, INC.
250 SOUTH KRAEMER BOULEVARD
BREA CA 92821

000006P001-1308A-157
BECKMAN COULTER, INC.
4300 NORTH HARBOR BOULEVARD
FULLERTON CA 92834

000049P001-1308A-157
CRIMINAL COURT OF THE CITY
OF NEW YORK
MICHAEL A. CARDOZO
100 CHURCH STREET
NEW YORK NY 10007

000047P001-1308A-157
CRIMINAL COURT OF THE CITY OF NEW YORK
120 SCHERMERHORN STREET
BROOKLYN NY 11201

000008P001-1308A-157
DADE BEHRING FINANCE CO. LLC
500 GBC DRIVE, BUILDING 500
NEWARK DE 19702

000041P001-1308A-157
DIANE LAWRENCE
315 BAINBRIDGE ST., APT. 2
BROOKLYN NY 11233

000042P001-1308A-157
DIANE LAWRENCE
C/O KRENTSEL & GUZMAN LLP
17 BATTERY PL.
SUITE 804
NEW YORK NY 10004

000048P001-1308A-157
DISTRICT ATTORNEY OF KINGS COUNTY
350 JAY STREET
BROOKLYN NY 11201

000010P001-1308A-157
DORMITORY AUTHORITY
OF THE STATE OF NEW YORK
US BANK OPERATION CENTER
1200 ENERGY PARK DRIVE
ST. PAUL MN 55108

000050P001-1308A-157
ESS & BEE ACOUSTICAL CONTRACTORS INC.
C/O ERIC STREICH PC
235 MAIN ST.
WHITE PLAINS NY 10601

000035P001-1308A-157
FERIK MENUKA AND CHRISTINE ANN MOONEY
374 94TH STREET, 1ST FLOOR
BROOKLYN NY 11209

000036P001-1308A-157
FERIK MENUKA AND CHRISTINE ANN MOONEY
C/O KRAMER, DILLOF, LIVINGSTON & MOORE
217 BROADWAY, 10TH FLOOR
NEW YORK NY 10007

000011P001-1308A-157
GE HEALTHCARE
P.O. BOX 640200
PITTSBURGH PA 15264-0200

000012P001-1308A-157
GE HEALTHCARE
P.O. BOX 640944
PITTSBURGH PA 15264-0944

000013P001-1308A-157
GE HEALTHCARE
3209 N. GRANDVIEW BOULEVARD
WAUKESHA WI 53188

000014P001-1308A-157
KONICA MINOLTA IMAGING USA, INC.
KONICA MINOLTA DOLKA IMAGING
C/O ANTHONY CALABRESE
4388 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-1388

000015P001-1308A-157
KONICA MINOLTA IMAGING USA, INC.
P.O. BOX 122272
DEPARTMENT 2272
DALLAS TX 75312-2272

000016P001-1308A-157
KONICA MINOLTA IMAGING USA, INC.
411 NEWARK POMPTON TURNPIKE
WAYNE NJ 07470

000051P001-1308A-157
MDP INC.
11 BEACON STREET
BOSTON MA 02108

000052P001-1308A-157
MDP INC.
C/O ERIC STREICH PC
235 MAIN ST.
WHITE PLAINS NY 10601

000017P001-1308A-157
NEW YORK CITY DEPARTMENT
OF HEALTH AND MENTAL HYGIENE
P.O. BOX 9480
UNIONDALE NY 11555-9480

000018P001-1308A-157
NEW YORK CITY DEPARTMENT
OF HEALTH AND MENTAL HYGIENE
THE CITY OF NEW YORK LICENSING CENTER
42 BROADWAY
NEW YORK NY 10004

000020P001-1308A-157
NEW YORK CITY DEPARTMENT
OF HEALTH AND MENTAL HYGIENE
125 WORTH STREET
NEW YORK NY 10013

000046P001-1308A-157
NYS DEPARTMENT OF TAXATION AND FINANCE
P.O. BOX 5149
ALBANY NY 12205

000128P001-1308A-157
PARENT OR LEGAL GUARDIAN OF C. LOVET
1549 FULTON ST.
APT 4L
BROOKLYN NY 11216

000129P001-1308A-157
PARENT OR LEGAL GUARDIAN OF C. LOVET
C/O FITZGERALD & FITZGERALD
538 RIVERSIDE AVE
YONKERS NY 10705

000033P001-1308A-157
PARENT OR LEGAL GUARDIAN OF COREY LOVETT
(AN INFANT)
1549 FULTON STREET, APT. 4L
BROOKLYN NY 11216

000039P001-1308A-157
PARENT OR LEGAL GUARDIAN OF LENNARD BURNETT
(AN INFANT)
1640 STERLING PL., APT. 1C
BROOKLYN NY 11213

000040P001-1308A-157
PARENT OR LEGAL GUARDIAN OF LENNARD BURNETT
(AN INFANT)
C/O FITZGERALD & FITZGERALD PC
538 RIVERSIDE AVE.
YONKERS NY 10705

000037P001-1308A-157
PARENT OR LEGAL GUARDIAN OF RITA MANUKA
(AN INFANT)
1515 EAST 48 ST.
BROOKLYN NY 11234

000038P001-1308A-157
PARENT OR LEGAL GUARDIAN OF RITA MANUKA
(AN INFANT)
C/O KRAMER, DILLOF, LIVINGSTON & MOORE
217 BROADWAY, 10TH FLOOR
NEW YORK NY 10007

000053P001-1308A-157
REID, DERRICK
1154 EASTERN PARKWAY
BROOKLYN NY 11213

000054P001-1308A-157
SBLM ARCHITECTS PC
151 WEST 26TH STREET
NEW YORK NY 10001

000022P001-1308A-157
TD BANK, NA
TD WEALTH MANAGEMENT
ATTN: FEE PROCESSING
P.P. BOX 2499
BRATTLEBORO VT 05303-2499

Records Printed :            **39**