Alan J. Lipkin
Shaunna D. Jones
Anna C. Burns
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel:  (212) 728-8000
Fax:  (212) 728-8111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
Interfaith Medical Center, Inc.,[1]                :        Case No. 12-48226 (CEC)
                                                   :
                         Debtor.                   :
-------------------------------------------------------x

## NOTICE OF FILING OF THIRD AMENDED EXHIBIT TO CONSENT ORDER, PURSUANT TO SECTIONS 105 AND 362 OF THE BANKRUPTCY CODE, EXTENDING THE AUTOMATIC STAY TO CERTAIN ACTIONS AND CLAIMS AGAINST THIRD PARTY DEFENDANT EMPLOYEES OF THE DEBTOR

**PLEASE TAKE NOTICE** that on January 16, 2013, Interfaith Medical Center, Inc., the debtor and debtor in possession in the above-captioned case (the "**Debtor**"), filed the *Debtor's Motion for Order, Pursuant to Sections 105 and 362 of the Bankruptcy Code, Extending the Automatic Stay to Certain Actions and Claims Against Third Party Defendant Employees of the Debtor* [Docket No. 130] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that on February 13, 2013, the Court entered a consent order granting the relief requested in the Motion (the "**Order**") [Docket No. 232], to which a list of Actions (as defined in the Order) covered by the Order was attached.

**PLEASE TAKE FURTHER NOTICE** that on April 26, 2013, the Debtor filed the *Notice of Filing of Amended Exhibit to Consent Order, Pursuant to Sections 105 and 362 of*

---

[1]   The last four digits of the Debtor's federal tax identification number are 6155.  The Debtor's mailing address is 1545 Atlantic Avenue, Brooklyn, New York 11213.

the *Bankruptcy Code, Extending the Automatic Stay to Certain Actions and Claims Against Third Party Defendant Employees of the Debtor* [Docket No. 430], to which an updated list of Actions was attached.

**PLEASE TAKE FURTHER NOTICE** that on June 14, 2013, the Debtor filed the *Notice of Filing of Second Amended Exhibit to Consent Order, Pursuant to Sections 105 and 362 of the Bankruptcy Code, Extending the Automatic Stay to Certain Actions and Claims Against Third Party Defendant Employees of the Debtor* [Docket No. 514], to which an updated list of Actions was attached (the "**Second Amended Action List**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 7 of the Order, the Debtor hereby amends the Second Amended Action List to include a new Action filed in Kings County Supreme Court, *Julio Suazo v. Interfaith Medical Center and David Wilson*, Index No. 8817/2013, which the Debtor received notice of on or around September 10, 2013. Attached hereto as **Exhibit 1** is an updated list of Actions covered by the Order (the **Third Amended Action List**"). A blackline of the Third Amended Action List showing changes to the Second Amended Action List is annexed hereto as **Exhibit 2**.

Dated: September 16, 2013

                WILLKIE FARR & GALLAGHER LLP

                By:  /s/ Shaunna D. Jones
                     Alan J. Lipkin
                     Shaunna D. Jones
                     Anna C. Burns
                     787 Seventh Avenue
                     New York, New York 10019
                     Tel:  (212) 728-8000
                     Fax:  (212) 728-8111

                *Attorneys for Debtor and Debtor in Possession*

# **EXHIBIT 1**

**Second Amended Action List**

# Action List

| Plaintiff | Covered Staff[1] | Index Number[2] | Case Caption |
|---|---|---|---|
| Anderson, Ernest | Enriquez, MD, Danilo<br>Oodal, MD, Ravichand | 4554/2010 | Ernest Anderson v. Interfaith Medical Center, Ravichand Oodal, M.D. and Danilo Enriquez, M.D. |
| Bennett, Catherine | Wadhwa, MD, Ram | 1089/2010 | Catherine Bennett v. The Interfaith Medical Center and Ram Wadhwa, M.D. |
| Benoit, Esther as the Administratrix of the Estate of Jean Anthony Benoit, deceased | Balmir, MD, Serge<br>Mansour MD, Mohamed<br>Wright MD, Albert | 6432/2008 | Esther Benoit, as Administratrix of the Estate of Jean Anthony Benoit, Deceased v. Interfaith Medical Center, Olugbenga O. Dawodu, M.D., Albert Wright, M.D. and Mohamed Mansour, M.D. |
| Burgos, Jessica, as Mother & Natural Guardian of Jessileena Sylvia Mccoy, an Infant | Rosal-Arcillas, MD, Zoe | 14520/2006 - Pending in New York State Supreme Court, Bronx County | Jessica Burgos, as Mother & Natural Guardian of Jessileena Sylvia Mccoy, an Infant, and Jessica Burgos, Individually, v. Zoe Rosal-Arcillas, M.D. and Interfaith Medical Center |
| Caldwell, Walter | DeMeo, DPM, James<br>Holland-Ridge, MD, Angela | 15705/2011 | Walter Caldwell v. Interfaith Medical Center, Dr. Demea, Dr. Ridges, Dr. Black |
| Chisolm, Hope, an Infant, by her Mother and Natural Guardian, Shalese Lucas, and Shalese Lucas, Individually | Gorgy Habib, MD, Hani Habib ( aka Habib Michel)<br>Leblanc, MD, Patrick | 45756/2003<br>500061/08<br>500390/2010 | Hope Chisolm, an Infant, by her Mother and Natural Guardian, Shalese Lucas, and Shalese Lucas, Individually v. Errol P. Thompson, M.D., Eliberto Martinez, Jamaica Hospital Medical Center, Adela Gatmaitan, Hani Habib-Gorgy Habib, Patrick LeBlanc and Interfaith Medical Center |
| Colon, Cruz M. | Cobham, PA, Alister<br>Gordon, CRNA, Claudia | 19406/12 | Cruz M. Colon v. Interfaith Medical Center, Anukware Ketosugbo, M.D., Alister Cobham and Claudia Gordon |
| Cooper, Amelia D., as Executor of the Estate of Chara Hansford-Gitau, Deceased | Purcell, MD, Roland R. | 19760/2010 | Amelia D. Cooper, as Executor of the Estate of Chara Hansford-Gitau, Deceased v. The City of New York, Ada M. Anon, Reuven Moshenyat, James A. Sapala, Roland R. Purcell, Interfaith Medical Center, Advanced Medical Group, P.C., Lutheran Medical Center, and Frederic J. Vagnini |
| Crum, Alexandra as Administratrix of the Estate of Franklin Bobbit Crum, Deceased, and Alexandra Crum, Individually | Hoque, MD, Mohammed | 502581/2012 | Franklin Bobbit Crum, Deceased, and Alexandra Crum, Individually v. David Benson, MD, Mohammed E. Hoque, M.D. and Interfaith Medical Center |
| Cunningham, Janet | Sheng-Tanner, MD, Xiaofang<br>Wilson, MD, Claudia<br>Wright, MD, Albert | 5271/2009<br>29591/09 | Janet Cunningham v. Albert M. Wright, M.D., and Xiaofang Sheng-Tanner, M.D. |
| Davis, Kenneth | Rai, MD, Belle Dinker<br>Ahmed, MD, Sarah<br>De Meo, DPM, James R<br>Oodal, MD, Ravichand<br>Patlingrao, MD, Mario<br>Shanmugananthan, MD, Sabaratnam | 501266/2012 | Kenneth Davis v. Sabaratnam Shanmuganathan, Belle D. Rai, Mario Patlingrao, Ravichand Oodal, Sarah Ahmed, James R. De Meo and Interfaith Medical Center |
| Dudley, Tyrus | Becher, MD, Rodney | 23842/12 | Tyrus Dudey v. Rodney Becher, M.D., Bishop Orris G. Walker, Jr., Health Care Center and Interfaith Medical Center |
| Eans, Mildred, as Administrator of the Estate of Robert Eans, and Mildred Eans, Individually | Janakiraman, MD, Chandra<br>Regis, RN, Pearl<br>Barrow, MD, Debra<br>Jayavanti, MD, Ravi | 28377/2011 | Eans, Mildred, as Administrator of the Estate of Robert Eans, and Mildred Eans, Individually, v. Chandra Janakiraman, M.D., Pearl Regis, R.N., Leslie Bowman, R.N., Debra Barrow, M.D., Ravi Jayanti, M.D., Interfaith Medical Center |
| Fomina, Valentina as the Administrator of The Estate Vadim Orlik | Raskin, DPM, Simon | 19753/2010 | Valentina Fomina as the Administrator of The Estate Vadim Orlik, v. Simon Raskin, DPM and Interfaith Medical Center |
| Francis, Gwendolyn, as Guardian of the Person and Property of James T. Francis and/or James T. Francis in his Initial Capacity | Clarkson, MD, Earl<br>Brevard, MD, Rebekah<br>Bollus, RN, Lynette<br>Dunbar, RN, Loretta | 298394/2002<br>119954/2002<br>22412/2003<br>28300/2002 | Gwendolyn Francis as Guardian of the Person and Property of James T. Francis and/or James T. Francis v. Dr. Earl Clarkson, Dr. R. Brevard, Peurshottam Bhanghia, M.D., B. Lynette Bollus, R.N., L. Dunbar, R.N., C. Salug, R.N., and Interfaith Medical Center-Brooklyn Jewish Division |
| Galloway, Lula | Wilkinson, MD, Hugh | 38885/05 | Lula Galloway v. Hugh Wilkonson, MD, Elaine Brown, MD, Olga Ris, MD and Interfaith Medical Center |
| Gupton, Simona | Falcone, DPM, Ovidio | 8177/2010 | Simona Gupton v. Ovidio Falcone D.P.M. and Interfaith Medical Center |

# Action List

| Plaintiff | Covered Staff[1] | Index Number[2] | Case Caption |
|---|---|---|---|
| Hancle, Nathanael, an Infant, by his Parents and Natural Guardians Patricia Hancle and Dudley Hancle, and Patricia Hancle and Dudley Hancle, Individually | Arroyo, MD, Alida<br>Gatmaitan, MD, Adela<br>Karsdon, MD, Jeffrey<br>Krym, MD , Olga<br>Versailles, MD, Marcisse<br>Webbe, DO, "John", Shirley | 46865/2003 and 46865/2008 | Nathanael Hancle, an Infant, by his parents and natural guardians Patricia Hancle and Dudley Hancle, and Patricia Hancle and Dudley Hancle, Individually v. Linda Sese, M.D., Marcisse Versailles, M.D., "John" Webbe, M.D., "Jane" Kryn, M.D., "R." Khan, M.D., Alida Arroyo, M.D., Adela Gatmaitan, M.D., Jeffrey Karsdon, M.D., Interfaith Medical Center, and Brooklyn Hospital |
| Ingram, Charlene | Mansour, MD, Mohamed<br>Wright, MD, Albert | 11563/2011 | Charlene Ingram v. Interfaith Medical Center, Rama Krishna V. Karibandi, M.D., Mohamed Mansour, M.D., Albert Wright, M.D., and Makesh Krishnaiah, M.D. |
| James, Lilith | Koti, MD, Madhava<br>Rajkumar, MD, Robert | 39732/06 | Lilith James v. Interfaith Medical Center, Rajesh A. Shetty, M.D., George Adams, M.D., Madhava Koti, M.D., Kunjuraman Chandramohan, M.D., Robert Rajumar, M.D., and "John Doe," M.D. |
| Jennings, Lillie, Individually and as Mother and Natural Guardian of Quinnell Bryant, and Infant Under the Age of 14 Years | Mishreki MD, Nader | 16892/2010 | Lillie Jennings, Individually and as Mother and Natural Guardian of Quinnell Bryant, and Infant Under the Age of 14 Years v. Nader Mishreki, M.D., Lola Cuffee Family Health Center, Bishop Orris G. Walker Jr. Health Care Center and Interfaith Medical Center |
| Kurton, Karlene a/k/a Karlene Grant as Mother and Natural Guardian of Brandon Kurton a/k/a Brandon Grant, an Infant Under the Age of (14) Years | Karsdon, MD, Jeffrey<br>Mikhael, MD, Nahed<br>Mishreki, MD, Nader<br>Reid, RN, Hyacinth<br>Williams, RN, Joslyn<br>Yanogacio, Jr., MD, Bernardo | 48147/03 | Karlene Kurton a/k/a Karlene Grant as Mother and Natural Guardian of Brandon Kurton a/k/a Brandon Grant, an Infant Under the Age of (14) Years, v. Nader Mishreki, M.D., Nahed Abdel Sayed Mikhael, M.D., Bernardo Yanogacio, J.R., M.D., Jeffrey Karsdon, M.D., "John/Jane" Ahmad, M.D., "John/Jane" Ahmed, M.D., Hyacinth Reid, R.N., Joslyn Williams, R.N., Interfaith Medical Center, and Interfaith Medical Center Emergency Room Department |
| Labidou, Lucerne, Administratrix of the Estate of Jean-Marc Alcindor, Deceased | Ahmed, MD, Sara<br>Gupta, MD, Ujjwal<br>Madaan, MD, Rajni<br>Oodal, MD, Ravichand<br>Scipio, RN, Roxanne<br>Sylvester, RN , Gaye | 6766/2011 | Lucerne Labidou, Administratrix of the Estate of Jean-Marc Alcindor, Deceased v. Interfaith Medical Center, Samuel Mark, M.D., Ravichand Oodal, M.D., Ujjw Al Gupta, M.D., Rajni Madaan, M.D., Sara Ahmed, M.D., Gaye Sylvester, R.N. and Roxanne Scipio, R.N. |
| Lawrence, Diane | Kchao, MD, Samrang<br>Wright, MD, Albert | 441/09<br>2012-00887<br>2012-00716 | Diane Lawrence v. Samrang Kchao, M.D., Albert Wright, M.D., Interfaith Medical Center |
| Lee, Vernett | Purcell, MD, Ronald Royston | 11987/2006 | Vernett Lee v. Interfaith Medical Center and Roland Royston Purcell, M.D. |
| Leonard-Jennings, Patrice, as Administratrix of the Goods, Chattels and Credits which were of Claudette Miller, Deceased, and Patrice Leonard-Jennings, Individually | Ketosugbo, MD, Anukware<br>Nnaemeka, MD, Peter Ejor | 28833/2009 | Patrice Leonard-Jennings, as Administratrix of the Goods, Chattels and Credits which were of Claudette Miller, Deceased, and Patrice Leonard-Jennings, Individually v. Interfaith Medical Center, Peter E. Nnaemeka, Anukware K. Ketosugbo, The Bedford Stuyvesant Family Health Center, Inc., and Ngozi A. Oji |
| Martinez, Santano aka Peralta | Laurent, MD, Bordes<br>Mani, MD, Hari<br>Sbenghe, MD, Maria<br>Shanmugananthan, MD, Sabaratnam | 343/2010 | Santano Martinez and Enid Peralta v. Interfaith Medical Center, Sabaratnam Shanmugananthan, MD, Maria Sbenghe, M.D. and Hari Mani, M.D. |
| McArthur, Leo | Shanmugananthan, MD, Sabaratnam | 32871/2008 | Leo McArthur v. Interfaith Medical Center, Sabaratnam Shanmugananthan, "John Does" and "Jane Does," 1 'Through' 15 Inclusive the Names of the Last Defendants Being Fictitious, the True Names of the Defendants Being Unknown to the Plaintiff |
| Montgomery, Isaiah, an Infant by his Mother and Natural Guardian, Tracey Montgomery, and Tracey Montgomery, Individually | Castro, Jose<br>Jean-Gilles, Yves r. Max | 12948/12 | Isaiah Montgomery, an Infant by his Mother and Natural Guardian, Tracey Montgomery, and Tracey Montgomery, Individually v. Yves R. Jean-Gilles, Jose Castro, Atlantic Medical Group, P.C. and Interfaith Medical Center |
| Nelson, Glenda | Enriquez, MD, Danilo Antonio | 501695/2012 | Glenda Nelson, as Administratrix of the Estate of John Nelson, and Glenda Nelson, Individually, V. Interfaith Medical Center and Danilo Antonio Enriquez, M.D. |

# Action List

| Plaintiff | Covered Staff[1] | Index Number[2] | Case Caption |
|---|---|---|---|
| Paul, Lydia A., Individually and as the Administratrix of the Estate of Fitzpatrick Paul, Deceased | Dhayaparan, MD, Sellathurai K. Quist, MD, Joseph B. | 14416/2007 | Lydia A. Paul, Individually and as the Administratrix of the Estate of Fitzpatrick Paul, Deceased v. Sellathurai Kanagarajah Dhayaparan, M.D., Interfaith Medical Center, Sayed Imran Ahmed, M.D., Shahab Hillyer, M.D., "John/Jane Doe, M.D. #1" (First and Last Name Being Fictitious); "John/Jane Doe, M.D. #2" (First and Last Name Being Fictitious), "John/Jane Doe, M.D. #3" (First and Last Name Being Fictitious), "John/Jane Doe, .M.D. #4" (First and Last Name Being Fictitious), The Brookdale Hospital Medical Center, Marc Antoine Reynolds Alerte, M,D. and Marc Antoine Reynolds Alerte, Physician, P.C. |
| Reddick, Carol | Balmir, MD, Serge<br>Billah, MD, Khaleda<br>Letsome, MD, Lydell<br>Mora, MD, Maximo E. | 16151/2009 | Carol Reddick v. Lydell C. Lettsome, M.D., Khaleda Billah, M.D., Serge Balmir, M.D., Maximo Mora, M.D., Charusheela Andaz, M.D., Noel Musbacher, M.D., Interfaith Medical Center, Maimonides Medical Center, Maimonides Women's Breast Center |
| Roberts, Zanior | Falcone, DPM, Ovidio | 10641/12 | Zanoir Roberts v. Interfaith Medical Center, Bishop Horace G. Walker, Jr. Health Care Center, and Falcone J. Ovidio, DPM |
| Robertson, Janice, Individually and as the Administrator of the Estate of Colin Robertson, Deceased | Yu, MD, Kang | 19699/08 | Janice Robertson, Individually and as the Administrator of the Estate of Colin Robertson, Deceased v. Interfaith Medical Center (a.k.a. Kings Healthcare Corporation), Jamie Benitez, M.D., Dr. Jacques Laguerre, Dr. Marina Hamporsikoui, Dr. Jean-Guy Elie, Dr. Kang Yu and Dr. "John or Jane" Liu |
| Rodriguez, Juan and Abraham Phillip, by f/n/g, Juan Rodriguez | Brunot, MD, Emmanuel | 16698/2009 | Juan Rodriguez and Abraham Phillip, by f/n/g, Juan Rodriguez, v. Neyma Brogdon, Almarie Buddington, John B. Mattingly, Caroline Amaobi, Sallie Brown, The New York City Children's Services, William Henig, Meredith Fliegel, LMSW, "Jane" Diacomanolis (First Name Unknown), Jane Barker, Brooklyn Child Advocacy Center, Safe Horizons Children's Advocacy Center, Dr. Emmanuel Brunot, Interfaith Hospital, The City Of New York, Dwayne John, Anthony Midgett, Joseph Kwame Asafu-Adjei, Benjamin Williams, Jake Nixon, Jr., |
| Ross, Blondell Chad | DeMeo, DPM, James R. | 6619/2013 | Blondell Chad Ross v. Interfaith Medical Center, Dr. Ronald J. Walker, MD, James R. DeMeo, DPM, John Doe #1, MD and John Doe #2, MD First and Last Names Unknown |
| Samuel, Cheyenne Keith, as Admin. Of the E/O Winston Alexander Samuel, Deceased | Shamoon, MD, "John" | 32647 | Cheyenne Keith Samuel as Admin. Of the E/O Winston Alexander Samuel, Deceased v. Interfaith Medical Center, Brooklyn Jewish Hospital, "John" Kwok, M.D., "John" Shamoon, M.D., and "John Doe" (the anesthesiologist present on September 12, 2001 during surgery to the decedent at the Brooklyn Jewish Hospital of Interfaith Medical Center |
| Suazo, Julio | David Wilson | 8817/2013 | Julio Suazo v. Interfaith Medical Center and David Wilson |
| Sialeu, Julienne | Sajitha Sutton, Psy.D | 14988/12 | Julienne Sialeu v. The State of New York Department of Health NYC, Interfaith Hospital Medical Center, Ms. Roberta Beancirforti, Mr. Roger Clinton and Ms. Sajitha Sutton |
| Tucker, Tytia, an Infant by her m/n/g Pamela Roy, and Pamela Roy, Individually | Khan, MD, Abdul<br>Mitchell MD, Kathleen | 7949/06 | Tytia Tucker, an Infant by her m/n/g Pamela Roy, and Pamela Roy, Individually v. "John/Jane" Colas, M.D., "A" Igian, M.D., "Robert Doe," M.D., Kathleen Mitchell, M.D., "Jane Doe," R.N. and the Interfaith Medical Center - St. John's Division |
| Vines, Lamar S. Sr. | Billah, MD, Khaleda<br>Janakiraman, MD, Chandra<br>Jahng, MD, Gerald | 13390/12 | Lamar S. Vines, Sr., v. Rodney Becher, M.D., Chandra Janakiraman, M.D., Khaleda L. Billah, M.D., Gerald Jahng, M.D., and Interfaith Medical Center |
| Walker, Nya | Desrosiers, MD, Anne Marie<br>Mora, MD, Maximo E. | 1180-11 | Nya Walker v. Dr. Maximo E. Mora, Dr. Anne Marie Desrosiers, and Interfaith Medical Center State of New York, New York State Education Department State Education Department |
| Walker, Wanda, As Administrator Of The Goods, Chattels And Credits Which Were Of Vera Henderson, Deceased | Dhayaparan, MD, Sellathurai K. Quist, MD, Joseph B. | 27938/2008 | Wanda Walker, As Administrator Of The Goods, Chattels And Credits Which Were Of Vera Henderson, Deceased v. Sellathuraik Dhayaparan, M.D., Joseph B. Quist, M.D., Erico R. Cardoso, M.D., Alan Hirschfeld, M.D., Bruce Zablow, M.D., Interfaith Medical Center, New York Methodist Hospital and Saint Vincents Catholic Medical Center |

# Action List

| Plaintiff | Covered Staff[1] | Index Number[2] | Case Caption |
|---|---|---|---|
| Wilson, Eugene | Wadhwa, MD, Ram P.<br>Butt, MD, Faheem M.<br>Dhawan, DPM, Sushil Kumar<br>Ikudayisi, MD, David O.<br>Kanuck, DPM, David<br>Kudithipudi, MD, Vijayasree<br>Oodal, MD, Ravichand<br>Shetty, MD, Rajesh Anand<br>Wright, MD, Albert M. | 18322/05 - Pending in New York State Supreme Court, Bronx County | Eugene Wilson v. Interfaith Medical Center, Rajesh Anand Shetty, M.D., David O. Ikudayisi, M.D., Sushil Kumar Dhawan, D.P.M., Albert W. Wright, M.D., David Kanuck, D.P.M., Ravichand Oodal, M.D., Ram P. Wadhwa, M.D., Vijay Kudithipudi, M.D. and Faheem M. Butt, M.D. |

[1]This chart reflects pending actions that name Covered Staff as defendants.  There are a number of other pending actions that solely name IMC as a defendant.  For the avoidance of doubt, such actions are not included in this list as they are already stayed pursuant to section 362 of the Bankruptcy Code.

[2]All actions are pending in New York State Supreme Court, Kings County, except where otherwise stated.

# **EXHIBIT 2**

**Blackline**

# Action List

| Plaintiff | Covered Staff[1] | Index Number[2] | Case Caption |
|---|---|---|---|
| Anderson, Ernest | Enriquez, MD, Danilo<br>Oodal, MD, Ravichand | 4554/2010 | Ernest Anderson v. Interfaith Medical Center, Ravichand Oodal, M.D. and Danilo Enriquez, M.D. |
| Bennett, Catherine | Wadhwa, MD, Ram | 1089/2010 | Catherine Bennett v. The Interfaith Medical Center and Ram Wadhwa, M.D. |
| Benoit, Esther as the Administratrix of the Estate of Jean Anthony Benoit, deceased | Balmir, MD, Serge<br>Mansour MD, Mohamed<br>Wright MD, Albert | 6432/2008 | Esther Benoit, as Administratrix of the Estate of Jean Anthony Benoit, Deceased v. Interfaith Medical Center, Olugbenga O. Dawodu, M.D., Albert Wright, M.D. and Mohamed Mansour, M.D. |
| Burgos, Jessica, as Mother & Natural Guardian of Jessileena Sylvia Mccoy, an Infant | Rosal-Arcillas, MD, Zoe | 14520/2006 - Pending in New York State Supreme Court, Bronx County | Jessica Burgos, as Mother & Natural Guardian of Jessileena Sylvia Mccoy, an Infant, and Jessica Burgos, Individually, v. Zoe Rosal-Arcillas, M.D. and Interfaith Medical Center |
| Caldwell, Walter | DeMeo, DPM, James<br>Holland-Ridge, MD, Angela | 15705/2011 | Walter Caldwell v. Interfaith Medical Center, Dr. Demea, Dr. Ridges, Dr. Black |
| Chisolm, Hope, an Infant, by her Mother and Natural Guardian, Shalese Lucas, and Shalese Lucas, Individually | Gorgy Habib, MD, Hani Habib ( aka Habib Michel)<br>Leblanc, MD, Patrick | 45756/2003<br>500061/08<br>500390/2010 | Hope Chisolm, an Infant, by her Mother and Natural Guardian, Shalese Lucas, and Shalese Lucas, Individually v. Errol P. Thompson, M.D., Eliberto Martinez, Jamaica Hospital Medical Center, Adela Gatmaitan, Hani Habib-Gorgy Habib, Patrick LeBlanc and Interfaith Medical Center |
| Colon, Cruz M. | Cobham, PA, Alister<br>Gordon, CRNA, Claudia | 19406/12 | Cruz M. Colon v. Interfaith Medical Center, Anukware Ketosugbo, M.D., Alister Cobham and Claudia Gordon |
| Cooper, Amelia D., as Executor of the Estate of Chara Hansford-Gitau, Deceased | Purcell, MD, Roland R. | 19760/2010 | Amelia D. Cooper, as Executor of the Estate of Chara Hansford-Gitau, Deceased v. The City of New York, Ada M. Anon, Reuven Moshenyat, James A. Sapala, Roland R. Purcell, Interfaith Medical Center, Advanced Medical Group, P.C., Lutheran Medical Center, and Frederic J. Vagnini |
| Crum, Alexandra as Administratrix of the Estate of Franklin Bobbit Crum, Deceased, and Alexandra Crum, Individually | Hoque, MD, Mohammed | 502581/2012 | Franklin Bobbit Crum, Deceased, and Alexandra Crum, Individually v. David Benson, MD, Mohammed E. Hoque, M.D. and Interfaith Medical Center |
| Cunningham, Janet | Sheng-Tanner, MD, Xiaofang<br>Wilson, MD, Claudia<br>Wright, MD, Albert | 5271/2009<br>29591/09 | Janet Cunningham v. Albert M. Wright, M.D., and Xiaofang Sheng-Tanner, M.D. |
| Davis, Kenneth | Rai, MD, Belle Dinker<br>Ahmed, MD, Sarah<br>De Meo, DPM, James R<br>Oodal, MD, Ravichand<br>Patlingrao, MD, Mario<br>Shanmugananthan, MD, Sabaratnam | 501266/2012 | Kenneth Davis v. Sabaratnam Shanmugananthan, Belle D. Rai, Mario Patlingrao, Ravichand Oodal, Sarah Ahmed, James R. De Meo and Interfaith Medical Center |
| Dudley, Tyrus | Becher, MD, Rodney | 23842/12 | Tyrus Dudey v. Rodney Becher, M.D., Bishop Orris G. Walker, Jr., Health Care Center and Interfaith Medical Center |
| Eans, Mildred, as Administrator of the Estate of Robert Eans, and Mildred Eans, Individually | Janakiraman, MD, Chandra<br>Regis, RN, Pearl<br>Barrow, MD, Debra<br>Jayavanti, MD, Ravi | 28377/2011 | Eans, Mildred, as Administrator of the Estate of Robert Eans, and Mildred Eans, Individually, v. Chandra Janakiraman, M.D., Pearl Regis, R.N., Leslie Bowman, R.N., Debra Barrow, M.D., Ravi Jayanti, M.D., Interfaith Medical Center |
| Fomina, Valentina as the Administrator of The Estate Vadim Orlik | Raskin, DPM, Simon | 19753/2010 | Valentina Fomina as the Administrator of The Estate Vadim Orlik, v. Simon Raskin, DPM and Interfaith Medical Center |
| Francis, Gwendolyn, as Guardian of the Person and Property of James T. Francis and/or James T. Francis in his Initial Capacity | Clarkson, MD, Earl<br>Brevard, MD, Rebekah<br>Bollus, RN, Lynette<br>Dunbar, RN, Loretta | 298394/2002<br>119954/2002<br>22412/2003<br>28300/2002 | Gwendolyn Francis as Guardian of the Person and Property of James T. Francis and/or James T. Francis v. Dr. Earl Clarkson, Dr. R. Brevard, Peurshottam Bhanghia, M.D., B. Lynette Bollus, R.N., L. Dunbar, R.N., C. Salug, R.N., and Interfaith Medical Center-Brooklyn Jewish Division |
| Galloway, Lula | Wilkinson, MD, Hugh | 38885/05 | Lula Galloway v. Hugh Wilkonson, MD, Elaine Brown, MD, Olga Ris, MD and Interfaith Medical Center |
| Gupton, Simona | Falcone, DPM, Ovidio | 8177/2010 | Simona Gupton v. Ovidio Falcone D.P.M. and Interfaith Medical Center |

# Action List

| Plaintiff | Covered Staff[1] | Index Number[2] | Case Caption |
|---|---|---|---|
| Hancle, Nathanael, an Infant, by his Parents and Natural Guardians Patricia Hancle and Dudley Hancle, and Patricia Hancle and Dudley Hancle, Individually | Arroyo, MD, Alida<br>Gatmaitan, MD, Adela<br>Karsdon, MD, Jeffrey<br>Krym, MD, Olga<br>Versailles, MD, Marcisse<br>Webbe, DO, "John", Shirley | 46865/2003 and 46865/2008 | Nathanael Hancle, an Infant, by his parents and natural guardians Patricia Hancle and Dudley Hancle, and Patricia Hancle and Dudley Hancle, Individually v. Linda Sese, M.D., Marcisse Versailles, M.D., "John" Webbe, M.D., "Jane" Kryn, M.D., "R." Khan, M.D., Alida Arroyo, M.D., Adela Gatmaitan, M.D., Jeffrey Karsdon, M.D., Interfaith Medical Center, and Brooklyn Hospital |
| Ingram, Charlene | Mansour, MD, Mohamed<br>Wright, MD, Albert | 11563/2011 | Charlene Ingram v. Interfaith Medical Center, Rama Krishna V. Karibandi, M.D., Mohamed Mansour, M.D., Albert Wright, M.D., and Makesh Krishnaiah, M.D. |
| James, Lilith | Koti, MD, Madhava<br>Rajkumar, MD, Robert | 39732/06 | Lilith James v. Interfaith Medical Center, Rajesh A. Shetty, M.D., George Adams, M.D., Madhava Koti, M.D., Kunjuraman Chandramohan, M.D., Robert Rajumar, M.D., and "John Doe," M.D. |
| Jennings, Lillie, Individually and as Mother and Natural Guardian of Quinnell Bryant, and Infant Under the Age of 14 Years | Mishreki MD, Nader | 16892/2010 | Lillie Jennings, Individually and as Mother and Natural Guardian of Quinnell Bryant, and Infant Under the Age of 14 Years v. Nader Mishreki, M.D., Lola Cuffee Family Health Center, Bishop Orris G. Walker Jr. Health Care Center and Interfaith Medical Center |
| Kurton, Karlene a/k/a Karlene Grant as Mother and Natural Guardian of Brandon Kurton a/k/a Brandon Grant, an Infant Under the Age of (14) Years | Karsdon, MD, Jeffrey<br>Mikhael, MD, Nahed<br>Mishreki, MD, Nader<br>Reid, RN, Hyacinth<br>Williams, RN, Joslyn<br>Yanogacio, Jr., MD, Bernardo | 48147/03 | Karlene Kurton a/k/a Karlene Grant as Mother and Natural Guardian of Brandon Kurton a/k/a Brandon Grant, an Infant Under the Age of (14) Years, v. Nader Mishreki, M.D., Nahed Abdel Sayed Mikhael, M.D., Bernardo Yanogacio, J.R., M.D., Jeffrey Karsdon, M.D., "John/Jane" Ahmad, M.D., "John/Jane" Ahmed, M.D., Hyacinth Reid, R.N., Joslyn Williams, R.N., Interfaith Medical Center, and Interfaith Medical Center Emergency Room Department |
| Labidou, Lucerne, Administratrix of the Estate of Jean-Marc Alcindor, Deceased | Ahmed, MD, Sara<br>Gupta, MD, Ujjwal<br>Madaan, MD, Rajni<br>Oodal, MD, Ravichand<br>Scipio, RN, Roxanne<br>Sylvester, RN, Gaye | 6766/2011 | Lucerne Labidou, Administratrix of the Estate of Jean-Marc Alcindor, Deceased v. Interfaith Medical Center, Samuel Mark, M.D., Ravichand Oodal, M.D., Ujjw Al Gupta, M.D., Rajni Madaan, M.D., Sara Ahmed, M.D., Gaye Sylvester, R.N. and Roxanne Scipio, R.N. |
| Lawrence, Diane | Kchao, MD, Samrang<br>Wright, MD, Albert | 441/09<br>2012-00887<br>2012-00716 | Diane Lawrence v. Samrang Kchao, M.D., Albert Wright, M.D., Interfaith Medical Center |
| Lee, Vernett | Purcell, MD, Ronald Royston | 11987/2006 | Vernett Lee v. Interfaith Medical Center and Roland Royston Purcell, M.D. |
| Leonard-Jennings, Patrice, as Administratrix of the Goods, Chattels and Credits which were of Claudette Miller, Deceased, and Patrice Leonard-Jennings, Individually | Ketosugbo, MD, Anukware<br>Nnaemeka, MD, Peter Ejor | 28833/2009 | Patrice Leonard-Jennings, as Administratrix of the Goods, Chattels and Credits which were of Claudette Miller, Deceased, and Patrice Leonard-Jennings, Individually v. Interfaith Medical Center, Peter E. Nnaemeka, Anukware K. Ketosugbo, The Bedford Stuyvesant Family Health Center, Inc., and Ngozi A. Oji |
| Martinez, Santano aka Peralta | Laurent, MD, Bordes<br>Mani, MD, Hari<br>Sbenghe, MD, Maria<br>Shanmugananthan, MD, Sabaratnam | 343/2010 | Santano Martinez and Enid Peralta v. Interfaith Medical Center, Sabaratnam Shanmugananthan, MD Maria Sbenghe, M.D. and Hari Mani, M.D |
| McArthur, Leo | Shanmugananthan, MD, Sabaratnam | 32871/2008 | Leo McArthur v. Interfaith Medical Center, Sabaratnam Shanmugananthan, "John Does" and "Jane Does," 1 'Through' 15 Inclusive the Names of the Last Defendants Being Fictitious, the True Names of the Defendants Being Unknown to the Plaintiff |
| Montgomery, Isaiah, an Infant by his Mother and Natural Guardian, Tracey Montgomery, and Tracey Montgomery, Individually | Castro, Jose<br>Jean-Gilles, Yves r. Max | 12948/12 | Isaiah Montgomery, an Infant by his Mother and Natural Guardian, Tracey Montgomery, and Tracey Montgomery, Individually v. Yves R. Jean-Gilles, Jose Castro, Atlantic Medical Group, P.C. and Interfaith Medical Center |
| Nelson, Glenda | Enriquez, MD, Danilo Antonio | 501695/2012 | Glenda Nelson, as Administratrix of the Estate of John Nelson, and Glenda Nelson, Individually, V. Interfaith Medical Center and Danilo Antonio Enriquez, M.D. |

# Action List

| Plaintiff | Covered Staff[1] | Index Number[2] | Case Caption |
|---|---|---|---|
| Paul, Lydia A., Individually and as the Administratrix of the Estate of Fitzpatrick Paul, Deceased | Dhayaparan, MD, Sellathurai K.<br>Quist, MD, Joseph B. | 14416/2007 | Lydia A. Paul, Individually and as the Administratrix of the Estate of Fitzpatrick Paul, Deceased v. Sellathurai Kanagarajah Dhayaparan, M.D., Interfaith Medical Center, Sayed Imran Ahmed, M.D., Shahab Hillyer, M.D., "John/Jane Doe, M.D. #1" (First and Last Name Being Fictitious); "John/Jane Doe, M.D. #2" (First and Last Name Being Fictitious), "John/Jane Doe, M.D. #3" (First and Last Name Being Fictitious), "John/Jane Doe, .M.D. #4" (First and Last Name Being Fictitious), The Brookdale Hospital Medical Center, Marc Antoine Reynolds Alerte, M,D. and Marc Antoine Reynolds Alerte, Physician, P.C. |
| Reddick, Carol | Balmir, MD, Serge<br>Billah, MD, Khaleda<br>Letsome, MD, Lydell<br>Mora, MD, Maximo E. | 16151/2009 | Carol Reddick v. Lydell C. Lettsome, M.D., Khaleda Billah, M.D., Serge Balmir, M.D., Maximo Mora, M.D., Charusheela Andaz, M.D., Noel Musbacher, M.D., Interfaith Medical Center, Maimonides Medical Center, Maimonides Women's Breast Center |
| Roberts, Zanior | Falcone, DPM, Ovidio | 10641/12 | Zanoir Roberts v. Interfaith Medical Center, Bishop Horace G. Walker, Jr. Health Care Center, and Falcone J. Ovidio, DPM |
| Robertson, Janice, Individually and as the Administrator of the Estate of Colin Robertson, Deceased | Yu, MD, Kang | 19699/08 | Janice Robertson, Individually and as the Administrator of the Estate of Colin Robertson, Deceased v. Interfaith Medical Center (a.k.a. Kings Healthcare Corporation), Jamie Benitez, M.D., Dr. Jacques Laguerre, Dr. Marina Hamporsikoui, Dr. Jean-Guy Elie, Dr. Kang Yu and Dr. "John or Jane" Liu |
| Rodriguez, Juan and Abraham Phillip, by f/n/g, Juan Rodriguez | Brunot, MD, Emmanuel | 16698/2009 | Juan Rodriguez and Abraham Phillip, by f/n/g, Juan Rodriguez, v. Neyma Brogdon, Almarie Buddington, John B. Mattingly, Caroline Amaobi, Sallie Brown, The New York City Children's Services, William Henig, Meredith Fliegel, LMSW, "Jane" Diacomanolis (First Name Unknown), Jane Barker, Brooklyn Child Advocacy Center, Safe Horizons Children's Advocacy Center, Dr. Emmanuel Brunot, Interfaith Hospital, The City Of New York, Dwayne John, Anthony Midgett, Joseph Kwame Asafu-Adjei, Benjamin Williams, Jake Nixon, Jr., |
| Ross, Blondell Chad | DeMeo, DPM, James R. | 6619/2013 | Blondell Chad Ross v. Interfaith Medical Center, Dr. Ronald J. Walker, MD, James R. DeMeo, DPM, John Doe #1, MD and John Doe #2, MD First and Last Names Unknown |
| Samuel, Cheyenne Keith, as Admin. Of the E/O Winston Alexander Samuel, Deceased | Shamoon, MD, "John" | 32647 | Cheyenne Keith Samuel as Admin. Of the E/O Winston Alexander Samuel, Deceased v. Interfaith Medical Center, Brooklyn Jewish Hospital, "John" Kwok, M.D., "John" Shamoon, M.D., and "John Doe" (the anesthesiologist present on September 12, 2001 during surgery to the decedent at the Brooklyn Jewish Hospital of Interfaith Medical Center |
| Suazo, Julio | David Wilson | 8817/2013 | Julio Suazo v. Interfaith Medical Center and David Wilson |
| Sialeu, Julienne | Sajitha Sutton, Psy.D | 14988/12 | Julienne Sialeu v. The State of New York Department of Health NYC, Interfaith Hospital Medical Center, Ms. Roberta Beancirforti, Mr. Roger Clinton and Ms. Sajitha Sutton |
| Tucker, Tytia, an Infant by her m/n/g Pamela Roy, and Pamela Roy, Individually | Khan, MD, Abdul<br>Mitchell MD, Kathleen | 7949/06 | Tytia Tucker, an Infant by her m/n/g Pamela Roy, and Pamela Roy, Individually v. "John/Jane" Colas, M.D., "A" Igian, M.D., "Robert Doe," M.D., Kathleen Mitchell, M.D., "Jane Doe," R.N. and the Interfaith Medical Center - St. John's Division |
| Vines, Lamar S. Sr. | Billah, MD, Khaleda<br>Janakiraman, MD, Chandra<br>Jahng, MD, Gerald | 13390/12 | Lamar S. Vines, Sr., v. Rodney Becher, M.D., Chandra Janakiraman, M.D., Khaleda L. Billah, M.D., Gerald Jahng, M.D., and Interfaith Medical Center |
| Walker, Nya | Desrosiers, MD, Anne Marie<br>Mora, MD, Maximo E. | 1180-11 | Nya Walker v. Dr. Maximo E. Mora, Dr. Anne Marie Desrosiers, and Interfaith Medical Center State of New York, New York State Education Department State Education Department |
| Walker, Wanda, As Administrator Of The Goods, Chattels And Credits Which Were Of Vera Henderson, Deceased | Dhayaparan, MD, Sellathurai K.<br>Quist, MD, Joseph B. | 27938/2008 | Wanda Walker, As Administrator Of The Goods, Chattels And Credits Which Were Of Vera Henderson, Deceased v. Sellathuraik Dhayaparan, |

# Action List

| Plaintiff | Covered Staff[1] | Index Number[2] | Case Caption |
|---|---|---|---|
| | | | M.D., Joseph B. Quist, M.D., Erico R. Cardoso, M.D., Alan Hirschfeld, M.D., Bruce Zablow, M.D., Interfaith Medical Center, New York Methodist Hospital and Saint Vincents Catholic Medical Center |

# Action List

| Plaintiff | Covered Staff[1] | Index Number[2] | Case Caption |
|---|---|---|---|
| Wilson, Eugene | Wadhwa, MD, Ram P.<br>Butt, MD, Faheem M.<br>Dhawan, DPM, Sushil Kumar<br>Ikudayisi, MD, David O.<br>Kanuck, DPM, David<br>Kudithipudi, MD, Vijayasree<br>Oodal, MD, Ravichand<br>Shetty, MD, Rajesh Anand<br>Wright, MD, Albert M. | 18322/05 - Pending in New York State Supreme Court, Bronx County | Eugene Wilson v. Interfaith Medical Center, Rajesh Anand Shetty, M.D., David O. Ikudayisi, M.D., Sushil Kumar Dhawan, D.P.M., Albert W. Wright, M.D., David Kanuck, D.P.M., Ravichand Oodal, M.D., Ram P. Wadhwa, M.D., Vijay Kudithipudi, M.D. and Faheem M. Butt, M.D. |

[1]This chart reflects pending actions that name Covered Staff as defendants.  There are a number of other pending actions that solely name IMC as a defendant.  For the avoidance of doubt, such actions are not included in this list as they are already stayed pursuant to section 362 of the Bankruptcy Code.

[2]All actions are pending in New York State Supreme Court, Kings County, except where otherwise stated.