Alan J. Lipkin
Shaunna D. Jones
Anna C. Burns
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Interfaith Medical Center, Inc.,[1]            :      Case No. 12-48226 (CEC)
                                               :
                   Debtor.                     :
-------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARINGS SCHEDULED FOR
### OCTOBER 15, 2013 AT 10:00 A.M AND OCTOBER 16, 2013 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the hearings on the following motions in the above-captioned case previously scheduled for **Tuesday, October 15, 2013, at 10:00 a.m.** (Eastern Time) and **Wednesday, October 16, 2013, at 10:00 a.m.** (Eastern Time) before the Honorable Craig E. Craig, Chief United States Bankruptcy Judge, in Courtroom 3529 of the United States, have been adjourned and rescheduled for **Monday, November 4, 2013 at 10:30 a.m.** (Eastern Time), with additional time available on **Wednesday, November 6, 2013 at 10:30 a.m.** (Eastern Time) to the extent, if any, necessary:

- Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 602] (the "**Closure Motion**");

- Motion of IM Foundation, Inc. for an Order Pursuant to Bankruptcy Code § 1121(d) Terminating Exclusive Periods During Which Only the Debtor May File and Solicit Acceptances of a Chapter 11 Plan [Docket No. 635] (the "**Exclusivity Termination Motion**"); and

- Cross-Motion for Entry of an Order (I) Pursuant to Fed. R. Bankr. P. 2018(a) Authorizing Bill de Blasio to Permissively Intervene in the Debtor's Chapter 11 Case, and (II) Pursuant to Sections 362(d) and 105 of the Bankruptcy Code, Fed. R. Bankr. P. 4001, and Local Bankruptcy Rule 4001-1 for Relief from the Automatic Stay to

---

[1] The last four digits of the Debtor's federal tax identification number are 6155. The Debtor's mailing address is 1545 Atlantic Avenue, Brooklyn, New York 11213.

Permit Bill de Blasio to Initiate a New York State Court Action Against Non-Debtors [Docket No. 648] (the "**Cross-Motion**").

**PLEASE TAKE FURTHER NOTICE** that any deadlines for filing pleadings and supporting materials respecting the Closure Motion, the Exclusivity Termination Motion, and the Cross-Motion have not been extended.

Dated: October 11, 2013

WILLKIE FARR & GALLAGHER LLP
*Attorneys for the Debtor and Debtor in Possession*

By: /s/ Alan J. Lipkin
    Alan J. Lipkin
    Shaunna D. Jones
    Anna C. Burns

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111