Alan J. Lipkin
Shaunna D. Jones
Anna C. Burns
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

```
-------------------------------------------------------x
In re                                    :    Chapter 11
                                         :
Interfaith Medical Center, Inc.,[1]      :    Case No. 12-48226 (CEC)
                                         :
              Debtor.                    :
-------------------------------------------------------x
```

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON NOVEMBER 6, 2013 AT 11:00 A.M. (EASTERN TIME)

Location of Hearing:    The Honorable Carla E. Craig, Courtroom 3529
                        United States Bankruptcy Court
                        Eastern District of New York
                        271 Cadman Plaza East, Suite 1595
                        Brooklyn, New York 11201-1800

**MATTERS GOING FORWARD**

1.  Motion of Julienne Sialeu Seeking Relief from the Automatic Stay, Pursuant to Sections 105(a) and 362(d) of the Bankruptcy Code, to Permit Sialeu to Proceed with State Court Action Against the Debtor and its Current Employees for Alleged Medical Malpractice [Docket No. 764].

    Related Document:

    Debtor's Objection to the Motion of Julienne Sialeu Seeking Relief from the Automatic Stay, Pursuant to Sections 105(a) and 362(d) of the Bankruptcy Code, to Permit Sialeu to Proceed with State Court Action Against the Debtor and its Current Employees for Alleged Medical Malpractice [Docket No. 772].

---

[1] The last four digits of the Debtor's federal tax identification number are 6155. The Debtor's mailing address is 1545 Atlantic Avenue, Brooklyn, New York 11213.

**Status**:  The hearing on this matter is going forward.

Dated:  November 4, 2013

        WILLKIE FARR & GALLAGHER LLP
*Attorneys for the Debtor and Debtor in Possession*

By:  /s/ Alan J. Lipkin
     Alan J. Lipkin
     Shaunna D. Jones
     Anna C. Burns

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111