UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

INTERFAITH MEDICAL CENTER, INC.,　　　　　　　　Chapter 11
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 12-48226-CEC
　　　　Debtor.

--------------------------------------------------------X

## ORDER ASSIGNING MATTER TO MEDIATION

　　　　WHEREAS, the Court has determined to assign this case to mediation to attempt to resolve certain disputes by and between the above-captioned debtor ("Debtor"), Official Committee of Unsecured Creditors, Dormitory Authority of the State of New York, New York State Department of Health ("DOH" ), 1199SEIU United Healthcare Workers East, Ad Hoc Group of Doctors, IM Foundation, New York State Nurses Association (each individually a "Party" and, collectively, the "Parties"); it is

　　　　ORDERED, pursuant to E.D.N.Y. LBR 9019-1, that the Parties are hereby referred to the Honorable Elizabeth S. Stong, United States Bankruptcy Court, Eastern District of New York, for mediation of issues relating to the Debtor's proposed closure plan, the proposed plan filed by the IM Foundation, and any related matters that Judge Stong may consider appropriate for inclusion in the mediation, with the DOH to participate to fullest extent possible given its regulatory role; and it is further

　　　　ORDERED, that the Parties are directed to contact Judge Stong's chambers at (347) 394-1860 to set a schedule for the mediation; and it is further

　　　　ORDERED, that each Party shall attend the conference(s) through an attorney-in-fact who has authority to settle disputed issues; and it is further

　　　　ORDERED, that to the extent the procedures for mediation are not set forth herein or in the proposed Order Selecting Mediator and Governing Procedure, the mediation shall be governed by E.D.N.Y. L.B.R. 9019-1 ("Alternative Dispute Resolution-Mediation"); and it is further

ORDERED, that upon conclusion of the mediation directed herein, the parties shall notify the Court of the results of the mediation.



Dated: Brooklyn, New York
November 13, 2013

_____
Carla E. Craig
United States Bankruptcy Judge