# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 200 PARK AVENUE | MOSCOW |
| CHARLOTTE | NEW YORK, NEW YORK 10166 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (212) 294-6700 | PARIS |
| HONG KONG | FACSIMILE +1 (212) 294-4700 | SAN FRANCISCO |
| HOUSTON | | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

December 11, 2013

Hon. Carla E. Craig
United States Bankruptcy Chief Judge
United States Bankruptcy Court, Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

Re:   *Interfaith Medical Center, Inc.*,
       Case No. 12-48226 (CEC) (the "Debtor")

Dear Judge Craig:

We represent the Dormitory Authority of the State of New York ("DASNY"). DASNY requests a telephonic conference with Your Honor to discuss the entry of an order approving the transfer of the Debtor's clinics to Kingsbrook Jewish Medical Center ("KJMC") on January 26, 2014.

On July 30, 2013, the Debtor filed a motion (Docket No. 602) (i) to implement a closure plan of certain in-patient services and (ii) a transfer of certain clinical operations to another operator, which was subsequently identified as KJMC. At the hearing, while no party opposed the transfer of the clinical operations to KJMC, there was opposition to the closure of the in-patient services of the Debtor. Following the hearing, on November 13, 2013, the Bankruptcy Court directed the parties to engage in mediation (Docket No. 797) and took the motion under advisement.

Without an order from the Bankruptcy Court approving the transfer of the clinics, KJMC has been unable to make offers of employment to the Debtor's personnel, negotiate with the landlords of the Debtor's leased clinics, obtain Certificates of Need from regulatory agencies, negotiate with the City of New York on the transfer of Debtor's AIDS housing and complete many other required tasks prior to the transfer of the clinical operations to KJMC on January 26, 2014. DASNY believes it is essential for patient healthcare that there be a seamless transition of the clinical operations on the date that was originally proposed by the Debtor in the motion, namely January 26, 2014. Moreover, the Debtor will not have sufficient funds for the clinical operations after that date.

DASNY stresses that it is not requesting any other relief than an order transferring the clinical operations on the same date originally requested by the Debtor. In addition, DASNY

Chief Judge Carla E. Craig
Page 2
December 11, 2013

continues to actively participate in the mediation process concerning the other aspects of the motion.

                                                          Respectfully,

                                                          David Neier

cc:  All Mediation Parties