**Presentment Date and Time: December 19, 2013 at 12:00 p.m. (Eastern Time)**
**Objection Deadline: December 18, 2013 at 4:00 p.m. (Eastern Time)**

WINSTON & STRAWN LLP
David Neier (dneier@winston.com)
Carey D. Schreiber (cschreiber@winston.com)
Carrie V. Hardman (chardman@winston.com)
200 Park Avenue
New York, NY  10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

*Counsel for the Dormitory Authority*
*of the State of New York*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| Interfaith Medical Center, Inc., | : Case No. 12-48226 (CEC) |
| | : |
| Debtor. | : |

-------------------------------------------------------x

**NOTICE OF PRESENTMENT OF PROPOSED ORDER AUTHORIZING
THE DEBTOR TO TRANSFER CERTAIN CLINIC OPERATIONS
TO KINGSBROOK JEWISH MEDICAL CENTER**

**PLEASE TAKE NOTICE** that on July 30, 2013, Interfaith Medical Center, Inc., the debtor and debtor in possession in the above-captioned case (the "**Debtor**") filed the motion (the "**Motion**") for entry of an order, pursuant to section 105(a), 363 and 1108 of title 11 of the United States Code (the "**Bankruptcy Code**") authorizing the Debtor to implement, in accordance with New York State law and in coordination with the New York State Department of Health, a plan of closure and transition for the Debtor's main hospital facility and certain affiliated outpatient clinics and practices [Docket No. 602, as amended and supplemented by Docket Nos. 606, 627, 700, and 774], and on November 13, 2013, a hearing was held on the

Motion.

**PLEASE TAKE FURTHER NOTICE** that on December 12, 2013, the Dormitory Authority for the State of New York's ("**DASNY**") filed a request [Docket No. 828] (the "**Request**") for entry of the unopposed portion of the relief requested in the Motion with respect to transfer of the Debtor's clinic operations to Kingsbrook Jewish Medical Center ("**KJMC**") as set forth in the Memorandum of Understanding contained in the Fourth Supplement to the Motion dated November 1, 2013 [Docket No. 774].

**PLEASE TAKE FURTHER NOTICE** that on December 11, 2013 at 1:00 p.m. (prevailing Eastern Time), a teleconference was held with the Bankruptcy Court with regard to the Letter Request.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a proposed order granting the relief requested in the Letter Request (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the Proposed Order will be presented for signature to the Honorable Carla E. Craig, United States Bankruptcy Chief Judge at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East - Suite 1595, Brooklyn, New York 11201-1800 on **December 19, 2013 at 12:00 noon (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to entry of the Proposed Order must be made in writing, state with particularity the grounds therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York, be filed electronically in text searchable portable document format (PDF) with the Court by registered users of the Court's case filing system and by all other parties in interest (with a hard-copy delivered directly to the Judge's Chambers), and be served upon:

(i) counsel for the Debtor, Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, NY 10019 (Attn: Alan J. Lipkin, Esq. and Shaunna D. Jones, Esq.); (iii) the Office of the United States Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, NY 11201 (Attn: William E. Curtin, Esq.); (iv) counsel to DASNY, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4193 (Attn: David Neier, Esq. and Carrie V. Hardman); and (v) counsel to the Official Committee of Unsecured Creditors, Alston & Bird LLP, 90 Park Avenue, New York, NY 10016 (Attn: Martin G. Bunin, Esq. and Craig Freeman, Esq.), (vii) counsel to 1199 SEIU United Healthcare Workers East, Levy Ratner P.C., 80 Eighth Avenue, 8th Floor, New York, NY 10011 (Attn: Suzanne Hepner, Esq. and Ryan J. Barbur, Esq.); and (viii) counsel to New York State Nurses Association, The Law Offices of Avrum J. Rosen, PLLC, 28 New Street, Huntington, New York 11743 (Attn: Avrum J. Rosen, Esq.), so as to be actually received on or before **4:00 p.m. (prevailing Eastern Time) on December 18, 2013**.

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are received by the Objection Deadline, the Proposed Order may be entered without further notice or a hearing.  If and only if a timely objection is filed, a hearing to consider the relief requested will take place as scheduled by the Court before the Honorable Carla E. Craig, United States Bankruptcy Chief Judge in Courtroom 3529 of the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201-1800.

**[continued on the next page]**

**PLEASE TAKE FURTHER NOTICE** that if you want to receive copies of the Revised Proposed Stipulation and Order: (a) you may access such documents online from either the Bankruptcy Court's electronic case filing system located at http://www.nyeb.uscourts.gov/ or the website of the Debtor's claims agent at http://www.donlinrecano.com/interfaithmedical; or (b) you may contact Carrie V. Hardman, Esq., at Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166, by telephone at (212) 294-6700 or by e-mail at chardman@winston.com.

Dated: December 12, 2013

        WINSTON & STRAWN LLP

        By: */s/ David Neier*
           David Neier (dneier@winston.com)
           Carey D. Schreiber (cschreiber@winston.com)
           Carrie V. Hardman (chardman@winston.com)
           200 Park Avenue
           New York, NY 10166-4193
           Tel: (212) 294-6700
           Fax: (212) 294-4700

           *Attorneys for the Dormitory Authority*
           *of the State of New York*

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                              :        Chapter 11
                                                   :
Interfaith Medical Center, Inc.,                   :        Case No. 12-48226 (CEC)
                                                   :
                    Debtor.                        :
-------------------------------------------------------x

**ORDER AUTHORIZING THE DEBTOR TO TRANSFER
CLINIC OPERATIONS TO KINGSBROOK JEWISH MEDICAL CENTER**

Upon the motion (the "**Motion**") of Interfaith Medical Center, Inc., the above-captioned debtor and debtor in possession (the "**Debtor**" or "**IMC**"), for entry of an order, pursuant to section 105(a), 363 and 1108 of title 11 of the United States Code (the "**Bankruptcy Code**") authorizing the Debtor to implement, in accordance with New York State law and in coordination with the New York State Department of Health ("**DOH**"), a plan of closure and transition for the Debtor's main hospital facility and certain affiliated outpatient clinics and practices [Docket No. 602, as amended and supplemented by Docket Nos. 606, 627, 700, and 774]; and upon the request, dated December 11, 2013, of the Dormitory Authority for the State of New York ("**DASNY**") to authorize the unopposed portion of the Motion for the transfer of certain clinic operations of the Debtor to Kingsbrook Jewish Medical Center ("**KJMC**") as provided for in the Memorandum of Understanding contained in the Fourth Supplement to the Motion dated November 1, 2013 [Docket No. 774] (the "**Fourth Supplement**"); and notice of this order (the "**Order**") having been provided in accordance with this Court's directives at the teleconference held on December 11, 2013; and it appearing that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion, the hearing thereon, all pleadings filed respecting the Motion, and the parties established

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is, hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted solely with respect to authorizing the transfer of the certain clinic operations to KJMC on January 26, 2014, in accordance with the Memorandum of Understanding contained in the Fourth Supplement.

2. Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

3. The Debtor, DASNY, and KJMC are authorized to take all actions necessary to implement the relief granted in this Order.

4. This Order is without prejudice to any other aspect of the Motion and all parties' rights regarding the remainder of the relief sought in the Motion are reserved.

5. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court retains jurisdiction over any and all matters or disputes with respect to any of the relief granted in this Order.