Alan J. Lipkin
Shaunna D. Jones
Anna C. Burns
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

------------------------------------------------------x
In re                                : Chapter 11
                                     :
Interfaith Medical Center, Inc.,[1]  : Case No. 12-48226 (CEC)
                                     :
                  Debtor.            :
------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 27, 2014 AT 2:00 P.M. (EASTERN TIME)

Location of Hearing:    The Honorable Carla E. Craig, Courtroom 3529
                        United States Bankruptcy Court
                        Eastern District of New York
                        271 Cadman Plaza East, Suite 1595
                        Brooklyn, New York 11201-1800

### MATTERS GOING FORWARD

1.  Debtor's Motion for Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 9006 and 9027, Further Extending Time for Removal of Prepetition Non-Bankruptcy Causes of Action [Docket No. 842].

    **Status**: No objections have been filed and the hearing on this matter is going forward.

2.  Debtor's Motion for Order Granting Sixth Extension of Exclusive Periods to File Plan of Reorganization and Solicit Acceptances Thereof Pursuant to Section 1121(d) of the Bankruptcy Code [Docket No. 850].

---

[1] The last four digits of the Debtor's federal tax identification number are 6155. The Debtor's mailing address is 1545 Atlantic Avenue, Brooklyn, New York 11213.

**Status**:  No objections have been filed and the hearing on this matter is going forward.

3. Stipulation and Order Modifying Final DIP Order.

    Related Documents:

    Final Order (I) Authorizing the Debtor to Obtain Postpetition Secured Financing Pursuant to Sections 105, 361, 362, 364, 503(b) and 507(b) of the Bankruptcy Code; (II) Authorizing the Debtor to Use Cash Collateral on a Final Basis Pursuant to Section 363 of the Bankruptcy Code; (III) Providing Adequate Protection Pursuant to Sections 361, 362, and 363 of the Bankruptcy Code; (IV) Modifying the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code; (V) Authorizing and Approving a Related Compromise and Settlement Pursuant to Section 363 of the Bankruptcy Code and Bankruptcy Rule 9019; and (VI) Providing Related Relief [Docket No. 747].

    Notice of Default filed by the Dormitory Authority of the State of New York [Docket No. 852].

    Letter Requesting Conference filed by the Dormitory Authority of the State of New York [Docket No. 853].

    Other Related Docket Entries:

    Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 602].

    Fourth Supplement to Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 774].

    Amended and Restated Declaration of John D. Leech in Support of Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 775].

    Second Amended and Restated Declaration of Bernard A. Katz in Support of Debtor's Motion for Entry of an Order Pursuant to Sections 105, 363 and 1108 of the Bankruptcy Code, Authorizing the Debtor to Implement, in Accordance with New York State Law, a Plan of Closure for the Debtor's Hospital and Certain Affiliated Outpatient Clinics and Practices [Docket No. 777].

    Order Authorizing the Debtor to Transfer Clinic Operations to Kingsbrook Jewish Medical Center [Docket No. 840].

- 3 -

**Status**: This matter is going forward. The Debtor intends to file the Proposed Stipulation and Order prior to the hearing.

Dated: January 24, 2014

        WILLKIE FARR & GALLAGHER LLP
        *Attorneys for the Debtor and Debtor in Possession*

        By: /s/ Alan J. Lipkin
            Alan J. Lipkin
            Shaunna D. Jones
            Anna C. Burns

        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 728-8000
        Facsimile: (212) 728-8111