Alan J. Lipkin
Shaunna D. Jones
Anna C. Burns
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel:  (212) 728-8000
Fax:  (212) 728-8111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re                                            :      Chapter 11
                                                 :
Interfaith Medical Center, Inc.,[1]              :      Case No. 12-48226 (CEC)
                                                 :
                              Debtor.            :
-----------------------------------------------------x

## NOTICE OF RESCHEDULING OF OMNIBUS HEARING PREVIOUSLY SCHEDULED FOR FEBRUARY 10, 2014 AT 2:00 P.M. (EASTERN TIME)

PLEASE TAKE NOTICE that the omnibus hearing originally scheduled for **Monday, February 10, 2014, at 2:00 p.m.** (prevailing Eastern Time) (the "**Hearing**") before the Honorable Carla E. Craig, United States Bankruptcy Judge in Courtroom 3529 of the United States Bankruptcy Court, 271 Cadman Plaza East – Suite 1595, Brooklyn, New York 11201-1800, has been rescheduled to **Monday, February 24, 2014, at 2:00 p.m.** (prevailing Eastern Time) at the request of the Court.

Dated: January 24, 2014

                                       WILLKIE FARR & GALLAGHER LLP
                                       *Attorneys for the Debtor and Debtor in Possession*

                                       By:  /s/ Alan J. Lipkin
                                             Alan J. Lipkin
                                             Shaunna D. Jones
                                             Anna C. Burns

                                       787 Seventh Avenue
                                       New York, New York 10019
                                       Telephone: (212) 728-8000
                                       Facsimile: (212) 728-8111

---

[1]    The last four digits of the Debtor's federal tax identification number are 6155.  The Debtor's mailing address is 1545 Atlantic Avenue, Brooklyn, New York 11213.