UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                              Chapter 11

Interfaith Medical Center, Inc.,                         Case No. 12-48226 (CEC)

                Debtor.

---------------------------------------------------------x

## NOTICE OF PATIENT CARE OMBUDSMAN REPORT

**PLEASE TAKE NOTICE**, that Eric M. Huebscher, the patient care ombudsman (the "Ombudsman") appointed in the above-captioned chapter 11 case (the "Case") filed by Interfaith Medical Center, Inc., Debtor, will be filing his ninth written Ombudsman Report (the "Report") on or about June 13, 2014 in the United States Bankruptcy Court for the Eastern District of New York.

If you would like a copy of the Report or require additional information, please contact:

**DICONZA TRAURIG KADISH LLP**
Attn: Jeffrey Traurig
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940
Email: jtraurig@dtklawgroup.com

Dated:  New York, New York         DICONZA TRAURIG KADISH LLP
       May 29, 2014

                                                By: /s/ Jeffrey Traurig
                                                   Jeffrey Traurig
                                              630 Third Avenue
                                              New York, New York 10017
                                              Tel: (212) 682-4940
                                              Fax: (212) 682-4942
                                              Email: jtraurig@dtklawgroup.com

                                              *Counsel for Eric M. Huebscher,*
                                              *the Patient Care Ombudsman*